*Name:* **Mohamed Othmane Samie (CSBN: 344269)**

*Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**

*Phone:* **(818)-836-4976**

*Email:* **othmane.samie@gmail.com**

Attorney for Plaintiff

Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br>v.<br><br>**ALEXANDR VLADIMIROVICH VITVITSKIY,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL **MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO,** 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA **AND DOES 1-10, INCLUSIVE.**<br><br>Defendant. | **Case No.: 3:25-cv-6186**<br><br>**COMPLAINT FOR:**<br>(I) **COPYRIGHT INFRINGEMENT**<br>(II) **VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT**<br>(III) **FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION**<br>(IV) **REMOVAL AND/OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION**<br>(V) **UNFAIR COMPETITION**<br>(VI) **MISREPRESENTATION OF DMCA COUNTER NOTICES**<br>(VII) **MISREPRESENTATION UNDER 17 U.S.C. § 512(f)** |

**DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. Timeless Production FZ LLC ("Plaintiff") is a producer, editor, and publisher of original audiovisual content, including high-quality videos, featured on the **Tekniq** YouTube channel. With over 840,000 subscribers and more than 850 videos, **Tekniq** has built a

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

strong global audience, generating revenue through YouTube's monetization program, sponsorships, and viewer engagement. Plaintiff owns the exclusive copyrights to its content, which represents significant creative and financial investments.

2. Defendant Alexandr Vladimirovich Vitvitskiy, an individual, manages the YouTube channels: **MAD LAB** (https://www.youtube.com/channel/UCen0ko30XIeN5IARS3E_Znw), **Trending Machine** (https://www.youtube.com/channel/UCCfpI5ggGDPkD0F0Qfsbdpw), **VIDÉOS PÉPITES** (https://www.youtube.com/channel/UCKwYdoq60bomRipbJh5R4iQ), **EL LOQUERO** (https://www.youtube.com/channel/UCzzzCufaIhQen0X9ufii0HQ), 미친놈들 대방출 translated to "Crazy guys released" in English (https://www.youtube.com/channel/UChk6UeEySkahDPugTNBHG_g), **EMOTIONSFABRIK** (https://www.youtube.com/channel/UCRD3EPSO6TBdIQGui-qiMqg), ハチャメチャ空間 translated to "Crazy Space" in English, (https://www.youtube.com/channel/UCTUHN-d0rujv4DZI-sEY53A) and **ZONA INSANA** (https://www.youtube.com/channel/UCKfpak7GzDYi4Zb4O1mJvEw) which are engaged in widespread and systematic copyright infringement of Plaintiff's registered works. Along with Doe Defendants 1-10, whose identities and roles are presently unknown but who are believed to have participated in, facilitated, or contributed to the infringing conduct. Alexandr Vladimirovich Vitvitskiy has reproduced, copied, and publicly displayed Plaintiff's copyrighted videos without authorization. For purposes of this Complaint, "Defendants" refers collectively to Alexandr Vladimirovich Vitvitskiy and Doe Defendants 1-10. Defendants have illegally

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

copied entire segments from Plaintiff's videos, removed or altered Copyright Management Information (CMI), and re-uploaded the content to their YouTube channels, thereby misleading viewers and obscuring the true origin and ownership of the content.

**3.** Defendants operate by extracting and compiling substantial portions of Plaintiff's registered works to produce and publish videos on their YouTube channels. Defendant's videos are built by repurposing Plaintiff's audiovisual works without authorization or license. These infringing compilations are falsely presented as original content, misleading viewers about their true origin. By re-uploading Plaintiff's copyrighted material without permission, Defendants monetize the content through the YouTube Partner Program (YPP), generating substantial revenue. This deliberate misuse of Plaintiff's content has caused significant financial and reputational harm to Timeless Production FZ LLC by diverting viewers, subscribers, and advertising income from Plaintiff's YouTube channels.

**4.** Plaintiff has identified multiple instances of direct copyright infringement (**Exhibit B**), where Defendant's Youtube channels have unlawfully used Plaintiff's content, including:

**a)** Unauthorized reproduction of Plaintiff's video segments, leading to direct monetary loss and audience diversion.

**b)** Falsification and removal of Copyright Management Information (CMI), violating **17 U.S.C. § 1202(a) and 17 U.S.C. § 1202(b)**

**c)** Systematic efforts to misrepresent ownership of Plaintiff's registered works by using edited versions of the content without plaintiff's consent.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

5. Defendants have further engaged in bad faith conduct by submitting fraudulent DMCA counter-notices to YouTube, falsely claiming ownership of Plaintiff's content to evade enforcement. These misrepresentations have forced Plaintiff to take legal action to prevent the reinstatement of infringing content.

6. Defendant's willful copyright infringement and fraudulent conduct have caused significant financial and reputational harm to Plaintiff by diverting revenue, misleading viewers, and undermining the integrity of Plaintiff's original content. Plaintiff seeks monetary damages, injunctive relief, and statutory penalties under 17 U.S.C. §§ 501 and 1202, as well as any other legal remedies available to stop Defendant's continued infringement and unfair competition.

## **THE PARTIES**

7. Plaintiff Timeless Production FZ LLC ("Timeless" or "Plaintiff") is a limited liability company registered in the United Arab Emirates, engaged in the production, editing, and publishing of audiovisual works, including films, documentaries, and videos. Plaintiff owns and operates the **Tekniq** YouTube channel, which hosts original videos covering informational, educational, and entertaining content related to technology, engineering, manufacturing, and industrial processes.

8. Timeless is the sole owner of the copyrights in the audiovisual works published on the **Tekniq** channel, including the videos ("Copyrighted Works") in **Exhibit A**. These works are monetized through YouTube's advertising revenue model, with Plaintiff deriving revenue based on viewership and engagement.

9. Plaintiff Timeless Production FZ LLC is informed and believes that Alexandr Vladimirovich Vitvitskiy, operating as **MAD LAB, Trending Machine, VIDÉOS**

4

**PÉPITES, EL LOQUERO,** 미친놈들 대방출 (Crazy guys released), **EMOTIONSFABRIK,** ハチャメチャ空間 (Crazy Space) and **ZONA INSANA,** resides at Mashynobudivnykiv St, 6b, Chabany, Kyiv Oblast, Ukraine 08162 (**Exhibit C**). The YouTube channels **MAD LAB** (4.2M subscribers, 230 videos), **Trending Machine** (370k subscribers, 103 videos), **VIDÉOS PÉPITES** (390k subscribers, 130 videos), **EL LOQUERO** (1M subscribers, 120 videos), 미친놈들 대방출 (Crazy guys released) (750K subscribers, 250 videos), **EMOTIONSFABRIK** (420k subscribers, 250 videos), ハチャメチャ空間 (Crazy Space) (600K subscribers, 300 videos), and **ZONA INSANA** (580k subscribers, 130 videos) are generating revenue through YouTube's monetization program (YPP). Defendant Alexandr Vladimirovich Vitvitskiy can be reached through the contact details listed in his DMCA counter-notices (**Exhibit C**).

10. Doe Defendants 1-10 are unknown individuals or entities who have participated in, facilitated, or contributed to the infringing activities described herein but whose identities are currently unknown to Plaintiff. Plaintiff will amend this complaint to include their true identities once discovered.

11. Defendants' actions have resulted in widespread copyright infringement, causing Plaintiff to suffer significant financial losses, reputational harm, and the unauthorized dilution of its original works.

12. To protect its valuable intellectual property and ensure fair competition, Timeless brings this lawsuit against Defendants for copyright infringement, vicarious and/or contributory copyright infringement, removal and/or alteration of CMI, falsification of CMI, and unfair competition.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

## **JURISDICTION AND VENUE**

**13.** This action arises under the Copyright Act, **17 U.S.C. § 101 et seq**., and seeks relief for direct copyright infringement **(17 U.S.C. § 501)**, falsification and removal of copyright management information **(17 U.S.C. § 1202)**, and unfair competition under applicable laws.

**14.** This Court has subject matter jurisdiction over this action pursuant to **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1338(a)** (exclusive jurisdiction over copyright claims) because this case arises under the federal copyright laws of the United States.

**15.** This Court has personal jurisdiction over Defendant Alexandr Vladimirovich Vitvitskiy, because Defendants have purposefully directed infringing activities toward the United States and engaged in intentional and systematic copyright violations that have caused direct and foreseeable harm to Plaintiff. Defendant's YouTube channels, which hosts and monetize the infringing content, are accessible globally, including in this judicial district, and generates revenue from U.S.-based viewers.

**16.** Pursuant to **17 U.S.C. § 512(g)(3)(D)** Defendant Alexandr Vladimirovich Vitvitskiy has expressly consented to the jurisdiction of U.S. federal courts by submitting DMCA counter-notifications **(Exhibit C)** to YouTube. As required by statute, those counter-notifications include a statement consenting to the jurisdiction of a United States federal district court for the resolution of disputes arising from copyright claims. The service provider provided with the counternotifications can be found in this judicial district, namely YouTube.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

17. Plaintiff asserts that Defendants actively participate in the YouTube Partner Program (YPP), a monetization scheme operated by YouTube, a subsidiary of Google LLC. Since its inception in 2007, the YPP has enabled vetted users to generate profit from advertising revenue generated through content hosted on the YouTube platform. The program operates through Google AdSense service, which facilitates the distribution of ads display as well as advertising payments. As of 2025, YouTube retains 45% of the advertising revenue, while the remaining 55% is paid directly to the participating content creator. YouTube and its parent company, Google, are subject to the jurisdiction of this Court, as both entities are headquartered in this District and conduct business here.

18. Venue is proper in this district pursuant to **28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a)**, because a substantial part of the infringing conduct occurred within this judicial district. Defendants have actively distributed, publicly displayed, and monetized infringing content viewed by audiences within this district, causing harm to Plaintiff's business and revenue streams.

19. This Court also has supplemental jurisdiction over Plaintiff's state-law claims pursuant to **28 U.S.C. § 1367(a)**, as they arise from the same nucleus of operative facts as the federal claims and form part of the same case or controversy under Article III of the U.S. Constitution.

## FACTUAL BACKGROUND

20. Timeless Production is a producer, editor, and publisher of audiovisual works, including high-quality videos, showcased on the YouTube channel "**Tekniq**". Plaintiff owns the exclusive copyrights to these audiovisual works, which are the result of significant creative and financial investments.

7

21. **Tekniq** is a widely recognized and monetized YouTube channel that produces original content spanning various industries, including technology, engineering, and innovation. The channel has amassed a substantial global audience and generates revenue through YouTube's monetization program, sponsorships, and viewer engagement. **Tekniq** may be accessed via the following URL: https://www.youtube.com/@tekniqvid

22. As of 2025, the **Tekniq** channel has gained over 840,000 subscribers and uploaded more than 850 videos, each receiving thousands to millions of views. Several of its most popular videos have exceeded 10 million views. The Copyrighted Works featured on the Tekniq channel include original and registered audiovisual content, which forms the backbone of its business operations and revenue stream.

23. Plaintiff's Copyrighted Works involved in this action are registered with the U.S. Copyright Office and are exhibited as **Exhibit A**.

24. The Defendants have systematically reproduced, copied, displayed, and distributed Plaintiff's copyrighted videos without authorization on the Defendants' YouTube channels. Defendant's actions directly infringe on Plaintiff's exclusive rights, diverting viewers, subscribers, and revenue while profiting from Plaintiff's original content without consent. Defendants have engaged in widespread copyright infringement, unlawfully reproducing Plaintiff's works in multiple videos uploaded to the Defendants' YouTube channels. List of infringing works of the Defendants is exhibited as **Exhibit B**.

25. Defendants falsely represented ownership of Plaintiff's content, submitted fraudulent DMCA counter-notices, and engaged in bad faith actions to circumvent YouTube's copyright enforcement system, resulting in significant financial and reputational harm

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

to Plaintiff. Defendant's willful copyright infringement, combined with fraudulent conduct, constitutes unfair competition and unlawful business practices.

26. Defendants have engaged in a systematic effort to misrepresent ownership of Plaintiff's copyrighted works by submitting fraudulent DMCA counter-notices under **17 U.S.C. § 512(f)**. After Plaintiff rightfully issued DMCA takedown notices, YouTube temporarily removed the infringing content. However, Defendants knowingly and falsely submitted counter-notices under penalty of perjury, falsely claiming the infringing videos as their own original content. As a result, Timeless was left with no choice but to pursue the claims herein against Defendants in order to prevent the Unauthorized Works from remaining accessible on YouTube.

27. Defendants' actions demonstrate a pattern of willful copyright infringement, fraud, and unfair competition, as they sought to continue benefiting from Plaintiff's creative work while evading consequences. Defendant's false misrepresentations under the DMCA caused additional harm to Plaintiff by diverting revenue, forcing unnecessary legal costs, and requiring ongoing enforcement efforts. Plaintiff seeks damages, statutory penalties, and injunctive relief to hold Defendants accountable for these violations under **17 U.S.C. § 501, § 512(f), and § 1202**.

28. Plaintiff has incurred substantial damages due to Defendants' infringements, including loss of advertising revenue, reduced audience engagement, and the devaluation of its intellectual property. Defendant's ongoing infringement and fraudulent practices demand urgent injunctive relief to prevent further harm.

29. Through this lawsuit, Plaintiff seeks to hold Defendants accountable for its systematic copyright infringement, misrepresentation, and unlawful business practices. Plaintiff

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

requests monetary damages, statutory penalties, injunctive relief, and any other remedies available under **17 U.S.C. § 501 et seq., 17 U.S.C. § 1202**, and applicable state and federal laws to ensure that Defendants cease their infringing conduct and compensate Plaintiff for its unlawful gains.

## <u>COUNT I</u>
## DIRECT COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

30. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

31. Timeless is the owner of the exclusive copyrights in the audiovisual works featured on the **Tekniq** YouTube channel, including but not limited to the exclusive rights to reproduce, distribute, publicly perform, and display these works under **17 U.S.C. § 106**.

32. Defendants, without authorization or consent, directly copied, reproduced, publicly displayed, distributed, and/or made derivative works of Plaintiff's copyrighted videos by uploading them to the Defendants' YouTube channels.

33. Defendants have engaged in widespread copyright infringement, unlawfully reproducing Plaintiff's works in multiple videos uploaded to the Defendants' YouTube channels. Confirmed instances of direct copyright infringement have been mentioned in detail in the Factual Background.

34. The Defendant's unauthorized uploading, public display, and distribution of Plaintiff's copyrighted works through the Defendants' YouTube channels are actionable under **17 U.S.C. § 501**.

35. Defendants' conduct aligns with the infringing behavior identified in Viacom Int'l, Inc. v. YouTube, Inc., 676 F.3d 19 (2d Cir. 2012), where the court recognized that

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

unauthorized user uploads of copyrighted content to digital platforms constitute direct copyright infringement. Similarly, in Disney Enters., Inc. v. VidAngel, Inc., 869 F.3d 848 (9th Cir. 2017), the court found that the unauthorized reproduction and distribution of copyrighted audiovisual works online violates **17 U.S.C. § 501**. Defendant's unauthorized copying and monetization of Plaintiff's YouTube videos constitute direct copyright infringement under these precedents.

36. Defendants' infringement was willful, intentional, and for commercial gain, as evidenced by the monetization of the infringing videos on the Defendants YouTube channels, which diverted viewers, subscribers, and revenue from Plaintiff's **Tekniq** channel.

37. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered and continues to suffer substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational harm, and the devaluation of its intellectual property.

38. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 504(c)** of up to $150,000 per willful infringement, or in the alternative, Plaintiff's actual damages and Defendants' profits attributable to the infringement, in an amount to be determined at trial.

39. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 502**, prohibiting Defendants from further infringing Plaintiff's copyrights and ordering the immediate removal of all infringing videos from the Defendants YouTube channels.

40. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 505**.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

41. Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works pursuant to **17 U.S.C. § 503**.

## <u>COUNT II</u>
## FALSIFICATION OF COPYRIGHT MANAGEMENT INFORMATION
### (17 U.S.C. § 1202 (a))

42. Defendants have systematically falsified Copyright Management Information (CMI) in violation of **17 U.S.C. § 1202** by removing or altering CMI associated with Timeless's copyrighted works and substituting it with misleading or modified CMI bearing Defendants' own branding or attribution. Under **17 U.S.C. § 1202**, it is unlawful to remove or alter CMI with the intent to induce, enable, facilitate, or conceal infringement. Defendants' conduct demonstrates a deliberate effort to mislead viewers, obscure the true ownership of the content, and profit from Plaintiff's original works without authorization.

43. As detailed in the Factual Background, Defendants' pattern of falsifying CMI is evident in multiple infringing videos where they systematically erased **Tekniq's** branding to falsely present the content as their original work. This removal was executed to conceal the infringing nature of their uploads, mislead viewers, and monetize content that rightfully belongs to Plaintiff.

44. Defendants' removal, alteration and falsification of Copyright Management Information (CMI) was intentional and carried out with the clear purpose of deceiving viewers and circumventing YouTube's automated copyright enforcement systems. Such conduct can violate both **17 U.S.C. § 1202(a)** and **§ 1202(b)**. In particular, in the Report and Recommendation issued by Magistrate Judge Robert W. Lehrburger in Business Casual Holdings, LLC v. TV-Novosti, No. 21-cv-2007 (S.D.N.Y. Feb. 8, 2023) (Doc. 80), the

**12**

magistrate judge recommended a finding that removing a watermark and replacing it with the defendants' own branding constituted violations of both provisions. Similarly, Defendants in this case removed **Tekniq's** visible branding from Plaintiff's videos and substituted their own identifying elements falsely attributing authorship and ownership in order to mislead viewers and digital platforms. This knowing falsification and substitution of CMI not only concealed the infringement but facilitated further unauthorized monetization, clearly triggering liability under both **§ 1202(a) and § 1202(b)**.

45. Defendants' repeated falsification and removal of Copyright Management Information (CMI) constitutes a violation of **17 U.S.C. § 1202** and warrants statutory damages under **17 U.S.C. § 1203**. As established in Mango v. BuzzFeed, Inc., 970 F.3d 167 (2d Cir. 2020), even a single instance of removing author attribution justifies statutory damages, further strengthening Plaintiff's claim for per-instance damages for each video where the Defendants removed CMI.

46. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 1203(c)(3)(B)** of up to $25,000 for each violation of **17 U.S.C. § 1202(a)**. Or in the alternative, Plaintiff's actual damages and Defendants' profits attributable to the removal or alteration of CMI, in an amount to be determined at trial.

## <u>COUNT III</u>
## REMOVAL AND/OR ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION (17 U.S.C. § 1202(b))

47. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

48. Plaintiff is the owner of the exclusive copyrights in the audiovisual works featured on the **Tekniq** YouTube channel, including all associated Copyright Management Information (CMI) such as watermarks, branding, and metadata.

49. Under **17 U.S.C. § 1202(b)**, it is unlawful for any person to intentionally remove or alter CMI with the knowledge that such actions will induce, enable, facilitate, or conceal copyright infringement.

50. Defendants knowingly and deliberately removed and/or altered CMI from Plaintiff's copyrighted videos before re-uploading them to the Defendants YouTube channels without authorization or consent.

51. Defendants' removal of CMI was executed with the intent to mislead viewers about the true origin of the content and to conceal the infringement by making the videos appear as original works owned by Defendant.

52. Defendants' actions were willful, intentional, and for commercial gain, as evidenced by the monetization of the infringing videos on the Defendants YouTube channels, which diverted viewers, subscribers, and revenue from Plaintiff's **Tekniq** channel.

53. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered and continues to suffer substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational harm, and the devaluation of its intellectual property.

54. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 1203(c)(3)(B)** of up to $25,000 for each violation of **17 U.S.C. § 1202(b)**, consistent with Business Casual Holdings, LLC v. TV-Novosti, No. 21-cv-2007 where the court awarded a total of $75,000 for three violations of § 1202(b). Or in the alternative, Plaintiff's actual damages

and Defendants' profits attributable to the removal or alteration of CMI, in an amount to be determined at trial.

55. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 1203(b)**, prohibiting Defendants from further removal or alteration of CMI from Plaintiff's copyrighted works and ordering the immediate removal of all infringing videos from the Defendants YouTube channels.

56. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 1203(b)(4)-(5)**.

57. Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works containing altered or removed CMI pursuant to **17 U.S.C. § 1203(b)(2)**.

### COUNT IV
### PUBLIC DISPLAY RIGHT INFRINGEMENT (17 U.S.C. § 106(5))

58. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

59. Plaintiff is the owner of the exclusive copyrights in the audiovisual works featured on the **Tekniq** YouTube channel, including the exclusive right to publicly display these works under **17 U.S.C. § 106(5).**

60. Under **17 U.S.C. § 106(5)**, the copyright owner has the exclusive right to publicly display copyrighted works, including videos, without unauthorized distribution or exhibition by third parties.

61. Defendants, without authorization, publicly displayed copyrighted video content owned by Plaintiff on the Defendants YouTube channels, thereby infringing Plaintiff's exclusive display rights.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

62. As detailed in the Factual Background, Defendants' unauthorized public display of Plaintiff's copyrighted video content is evidenced by the infringing videos uploaded by the Defendants on their YouTube channels.

63. Similarly, in American Broadcasting Companies, Inc. v. Aereo, Inc., 573 U.S. 431 (2014), the Supreme Court ruled that transmitting copyrighted audiovisual works to the public without authorization constitutes a public performance infringement under **§ 106(4) and § 106(5)**. Defendants' actions of displaying and streaming Timeless's videos align with the infringing conduct identified in Aereo.

64. As a direct and proximate result of Defendants' infringement of Plaintiff's public display rights, Plaintiff has suffered substantial harm, including but not limited to lost revenue, diminished audience engagement, reputational damage, and the devaluation of its intellectual property.

65. Plaintiff is entitled to recover statutory damages under **17 U.S.C. § 504(c)** of up to $150,000 per willful infringement, or in the alternative, Plaintiff's actual damages and Defendant's profits attributable to the infringement, in an amount to be determined at trial.

66. Plaintiff is entitled to injunctive relief under **17 U.S.C. § 502(a)**, prohibiting Defendants from further public display of Plaintiff's copyrighted works without authorization and ordering the immediate removal of all infringing videos from the Defendants' online accounts.

67. Plaintiff is further entitled to an award of full costs, including reasonable attorneys' fees, under **17 U.S.C. § 505**.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

68. Plaintiff seeks an order for the impoundment and destruction of all copies of the infringing works under **17 U.S.C. § 503(b)**.

### COUNT V
### UNFAIR COMPETITION

69. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

70. Plaintiff operates the **Tekniq** YouTube channel, a monetized platform featuring original and copyrighted audiovisual works, which generate revenue through advertising, sponsorships, and viewer engagement.

71. Defendants, by unlawfully copying, reproducing, and publicly displaying Plaintiff's copyrighted videos on the Defendants' YouTube channels, engaged in unfair competition by misappropriating Plaintiff's creative content for commercial gain without authorization.

72. Under California Business and Professions Code § 17200, unfair competition includes any unlawful, unfair, or fraudulent business act or practice. Defendants' conduct constitutes unfair competition as it involves the unauthorized use of Plaintiff's copyrighted works to divert viewership, subscribers, and advertising revenue for Defendants' YouTube channels.

73. Defendants' actions are directly analogous to those found to constitute unfair competition in International News Service v. Associated Press, 248 U.S. 215 (1918). In that case, the Supreme Court held that the unauthorized use of another party's content for commercial gain constitutes unfair competition. Similarly, Defendants' unauthorized

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

use of **Tekniq's** videos to attract viewers and generate ad revenue infringes upon Plaintiff's business rights.

74. Defendants' acts of unfair competition include but are not limited to:

**a)** Misappropriating **Tekniq's** copyrighted videos and displaying them on the Defendants' channels to attract viewers who would otherwise view the content on **Tekniq's** channel.

**b)** Removing **Tekniq's** branding, watermarks, and other Copyright Management Information (CMI) to obscure the origin of the content and create the false impression that the videos originated from Defendant.

**c)** Monetizing the infringing videos with Google AdSense advertising through the YouTube Partner Program (YPP), thereby profiting directly from the unauthorized use of Plaintiff's copyrighted content.

75. Defendants' conduct was willful and undertaken with the intent to deceive viewers and unfairly benefit from Plaintiff's investment in content creation, in violation of California's unfair competition law.

76. As a direct and proximate result of Defendants' unfair competition, Plaintiff has suffered substantial harm, including lost advertising revenue, diminished viewership, reputational damage, and the devaluation of its intellectual property.

77. Plaintiff is entitled to recover damages for the losses caused by Defendant's unfair competition, including but not limited to lost profits, actual damages, and restitution for the revenue unlawfully obtained by Defendant.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

78. Plaintiff is also entitled to injunctive relief prohibiting Defendants from further acts of unfair competition, including the unauthorized use of Plaintiff's copyrighted content and the removal of any infringing videos from the Defendants' online accounts.

**<u>COUNT VI</u>**
**WILLFUL COPYRIGHT INFRINGEMENT (17 U.S.C. § 504(c))**

79. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

80. Defendants engaged in willful and deliberate copyright infringement by knowingly copying, reproducing, publicly displaying, and distributing Plaintiff's copyrighted videos on the Defendants YouTube channels despite clear CMI, prior enforcement actions, and public records indicating Plaintiff's ownership of the works. Courts have recognized that intentional and systematic disregard of copyright ownership constitutes willful infringement under Peer Int'l Corp. v. Pausa Records, Inc., 909 F.2d 1332 (9th Cir. 1990).

81. Defendants' willful infringement is evidenced by the following actions, demonstrating a deliberate and systematic effort to exploit Plaintiff's copyrighted content for financial gain:

**a)** Uploading several videos on the Defendants' YouTube channels that directly copied substantial portions of **Tekniq's** copyrighted videos.

**b)** Removing and falsifying **Tekniq's** branding, watermarks, and other Copyright Management Information (CMI) to conceal the origin of the content, thereby preventing viewers from identifying the videos as copyrighted works belonging to **Tekniq**.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

**c)** Monetizing the infringing videos through the YouTube Partner Program (YPP) program, knowingly generating revenue from the unauthorized use of Plaintiff's copyrighted content.

82. Defendants, without authorization or consent, willfully engaged in copyright infringement by copying Plaintiff's videos, altered the videos, and deliberately blurring or removing **Tekniq's** CMIs to mislead viewers regarding the origin of the content. These acts of concealment and rebranding were carried out with the intent to monetize the infringing videos through the YouTube's Partner Program (YPP), thereby profiting directly from Plaintiff's copyrighted works without permission. Such actions demonstrate a clear and intentional disregard for Plaintiff's exclusive rights under the Copyright Act.

83. Defendants' actions were willful, intentional, and in disregard of Plaintiff's copyrights, as evidenced by:

**a)** The systematic removal and falsification of CMI, including watermarks and branding, which demonstrates an intent to conceal the infringement.

**b)** The submission of fraudulent DMCA counter-notices to YouTube under penalty of perjury, falsely asserting ownership of the infringing videos to evade enforcement actions and continue profiting from the infringing content.

**c)** The scale and frequency of the infringements, which were not isolated incidents but part of a broader pattern of conduct aimed at exploiting Plaintiff's copyrighted content.

84. As a direct and proximate result of Defendants' willful copyright infringement, Plaintiff has suffered and will continue to suffer substantial harm, including:

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

**a)** Loss of advertising revenue and potential sponsorships due to the diversion of viewers to the infringing videos.

**b)** Damage to Plaintiff's reputation and brand integrity as viewers are misled into believing that **Tekniq's** content originated from or was authorized for use by the defendant.

**c)** The devaluation of Plaintiff's intellectual property due to the unauthorized distribution and monetization of its copyrighted works.

85. Plaintiff is entitled to recover statutory damages for willful infringement under **17 U.S.C. § 504(c)**, including up to $150,000 per infringed work, or alternatively, actual damages and Defendants' profits attributable to the infringement as will be proven at trial. Plaintiff also seeks reasonable attorneys' fees and costs pursuant to **17 U.S.C. § 505**.

86. Plaintiff seeks all such further and additional relief as the Court deems just and proper.

## COUNT VII

### MISREPRESENTATION UNDER 17 U.S.C. § 512(f)

87. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

88. Pursuant to **17 U.S.C. § 512(f)**, any person who knowingly materially misrepresents that material was removed or disabled by mistake or misidentification shall be liable for any resulting damages, including costs and attorney's fees.

89. Defendants, knowingly submitted materially false counter-notices to YouTube, falsely asserting under penalty of perjury that they held the rights to the videos in question or that the videos did not infringe Plaintiff's copyrights.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**90.** The false counter-notices submitted by Defendants were intended to mislead YouTube into reinstating the infringing videos, thereby allowing Defendants to continue profiting from the unauthorized distribution and display of Plaintiff's copyrighted content, and to evade enforcement actions or sanctions by YouTube for repeated copyright violations.

**91.** The following are specific instances of Defendants' misrepresentations:

**a)** Defendants submitted counter-notices to YouTube in response to DMCA takedown requests filed by Plaintiff, falsely claiming ownership of the infringing video clips.

**b)** In these counter-notices, Defendants falsely claimed that the videos did not contain any copyrighted material belonging to Plaintiff or that they had authorization to use the content, despite having no license, authorization, or legitimate ownership.

**c)** Defendants submitted these counter-notices with the explicit intent to have the infringing videos reinstated, allowing continued monetization and misleading viewers about the origin of the content.

**92.** Defendants' misrepresentations were made knowingly and with the intent to deceive YouTube's DMCA enforcement mechanisms, as evidenced by:

**a)** The systematic removal and alteration of **Tekniq's** branding, watermarks, and other Copyright Management Information (CMI) to obscure the true origin of the content.

**b)** The deliberate submission of false declarations under penalty of perjury, claiming legitimate ownership of Plaintiff's copyrighted works.

**c)** The subsequent reinstatement of the infringing videos on YouTube, which resulted in continued monetization and viewership for Defendants' channels at Plaintiff's expense.

**93.** Defendants' actions satisfy the elements of a § 512(f) claim because:

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

**a)** Defendants knowingly made materially false statements of ownership and authorization in its counter-notices.

**b)** Defendants' false counter-notices led to the improper reinstatement of infringing content, causing substantial financial harm and reputational damage to Plaintiff.

**c)** Defendants' actions were willful and part of a broader scheme to exploit Plaintiff's copyrighted content without authorization.

94. As a direct and proximate result of Defendants' misrepresentations, Plaintiff has suffered and continues to suffer substantial harm, including

(i)     loss of advertising revenue and potential sponsorships due to the diversion of viewers to the infringing videos.

(ii)    Damage to Plaintiff's reputation and brand integrity as viewers are misled into believing that **Tekniq's** content originated from or was authorized for use by the defendant.

(iii)   Legal and administrative costs incurred in filing and responding to DMCA notices, counter-notices, and related enforcement actions.

95. Plaintiff is entitled to recover all damages, including but not limited to actual damages and Defendant's profits attributable to the infringement, as provided under **17 U.S.C. § 512(f)**. Costs and reasonable attorney's fees incurred in connection with the enforcement of Plaintiff's rights under the DMCA. Preliminary and permanent injunctive relief to prevent further misrepresentations and to compel the removal of all infringing content from the Defendants' YouTube channels.

96. Plaintiff seeks all such further and additional relief as the Court deems just and proper.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff Timeless Production FZ LLC respectfully requests that this Court enter judgment in its favor against Defendants, managing **MAD LAB**, **Trending Machine, VIDÉOS PÉPITES, EL LOQUERO,** 미친놈들 대방출 (Crazy guys released), **EMOTIONSFABRIK,** ハチャメチャ空間 (Crazy Space) and **ZONA INSANA**, and award the following relief:

1.  Permanently enjoin Defendants from copying, distributing, or displaying Plaintiff's copyrighted works without authorization and order the removal of all infringing content.

2.  For an award of damages pursuant to **17 U.S.C. §§ 504(b), 512(f)**,  and other applicable law, including actual damages and Defendants' profits as will be proven at trial, or in the alternative, statutory damages pursuant to **17 U.S.C. § 504(c)**.

3.  Award full costs and reasonable attorney's fees under **17 U.S.C. §§ 505** and **1203**.

4.  Order the destruction of all infringing copies and materials under **17 U.S.C. § 503**.

5.  Award prejudgment and post-judgment interest on all monetary awards.

6.  Award any further relief deemed just and proper by the Court.

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND FOR JURY TRIAL

1

2

**DEMAND FOR JURY TRIAL**

3

Plaintiff Timeless Production FZ LLC hereby demands a trial by jury on all issues so

4

triable.

5

6

7

Dated: July 22, 2025                    By: /s/ **Mohamed Othmane Samie**

8

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

9

Attorney for Plaintiff

10                    Timeless Production FZ LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT AGAINST ALEXANDR VLADIMIROVICH VITVITSKIY, ET AL., AND DEMAND
FOR JURY TRIAL

# **Exhibit A**

List of Registered Works

**EXHIBIT A**
**List of registered works**

|  | Copyright Registration Number | Registration Date | Url of registered work | Type of Work |
|---|---|---|---|---|
| A | **PA0002527509** | 2025-03-14 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | Motion Picture (Video) |
| B | **PA0002495258** | 2024-09-04 | **Title:** How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | Motion Picture (Video) |
| c | **PA0002493091** | 2024-08-20 | **Title:** Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | Motion Picture (Video) |
| D | **PA0002540487** | 2025-07-16 | **Title:** Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | Motion Picture (Video) |
| E | **PA0002495257** | 2024-09-04 | **Title:** Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | Motion Picture (Video) |

| F | **PA0002495197** | 2024-09-05 | **Title:** Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | Motion Picture (Video) |
|---|---|---|---|---|
| G | **PA0002453397** | 2024-02-07 | **Title:** Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | Motion Picture (Video) |
| H | **PA0002495260** | 2024-09-04 | **Title:** Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | Motion Picture (Video) |
| I | **PA0002501525** | 2024-10-01 | **Title:** Japan Genius Technique to Cut Ice Blocks from Frozen Pool<br><br>https://youtu.be/JYte4QaV4VY | Motion Picture (Video) |
| J | **PA0002499415** | 2024-09-23 | **Title:** Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | Motion Picture (Video) |
| K | **PA0002520745** | 2025-01-08 | **Title:** How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/RIz3cnSJk7Q | Motion Picture (Video) |

| | | | | |
|---|---|---|---|---|
| L | **PA0002521720** | 2025-01-15 | **Title:** Fast and Skilled Workers Repair Giant Manholes in Middle of Road<br><br>https://youtu.be/w0bFDbOiKcQ | Motion Picture (Video) |
| M | **PA0002495255** | 2024-09-05 | **Title:** Tiny Train Pulling World Largest Ships Across Panama Canal<br><br>https://youtu.be/s45jxRIaB14 | Motion Picture (Video) |

# **<u>Exhibit B</u>**

List of infringements

**EXHIBIT B**
**List of infringements**

| # | Infringing Video<br>Start of infringement yyyy-mm-dd | Timestamps -<br>Infringer Video | Timeless Production - Original<br>Videos used | Timestamps -<br>TP Video | Infringed Work<br>(Copyright<br>Registration Code) |
|---|---|---|---|---|---|
| | MAD LAB: https://www.youtube.com/channel/UCen0ko30XIeN5IARS3E_Znw | | | | |
| 1 | **Title:** World's Most Impossible Motorcycles That Can Actually Ride !<br><br>https://youtu.be/lpLzYg456U4<br><br>(soi 2025-04-11)<br>**Infringement against A** | 0:05 - 0:07<br>3:08 - 3:11<br>3:11 - 3:14<br>3:14 - 3:18<br>3:18 - 3:21<br>3:21 - 3:24<br>3:24 - 3:27<br>3:27 -3:30<br>23:16 - 23:17 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 4:46<br>5:13 - 5:17<br>4:43 - 4:48<br>7:57 - 8:01<br>10:28 - 10:33<br>10:21 - 10:25<br>7:19 - 7:23<br>10:50 - 10:53<br>4:43 - 4:46 | PA0002527509 |
| | VIDÉOS PÉPITES: https://www.youtube.com/channel/UCKwYdoq60bomRipbJh5R4iQ | | | | |
| 2 | **Title:** TOP 35 des motos monstres les plus étranges au monde | Que vous pouvez réellement conduire !<br><br>https://youtu.be/S3CCdt4FjTI<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title:** Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | **Title**: Moments incroyables filmés par une caméra!<br><br>https://youtu.be/x6pyl_dPPFs<br><br>(soi 2024-06-28)<br>**Infringement against B** | 12:31 - 12:33<br>12:33 - 12:36<br>12:36 - 12:40<br>12:40 - 12:45 | **Title:** How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 4 | **Title**: Les 100 plus grosses machines au monde aujourd'hui!<br><br>https://youtu.be/7pVBJCWIJPU<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:05 - 44:12<br>44:16 - 44:19<br>44:19 - 44:23<br>44:23 - 44:27.<br>44:27 - 44:28 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 5 | Infringer link same as above<br>**Infringement Against M** | 44:05 - 44:08 | **Title**: Tiny Train Pulling World Largest Ships Across Panama Canal<br><br>https://youtu.be/s45jxRIaB14 | 7:21 - 7:23 | PA0002495255 |
| 6 | **Title**: Les compétences et les talents les plus incroyables au monde JAMAIS!<br><br>https://youtu.be/DCB7djcu_ps<br><br>(soi 2024-01-19)<br>**Infringement against E** | 15:46 - 15:48<br>15:48 - 15:51<br>15:51 - 15:52<br>15:52 - 15:55 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |

| 7 | Infringer link same as above<br>**Infringement against C** | 15:55 - 15:59<br>15:59 - 16:05 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 8 | **Title**: 300 Trucs Incroyables Pris à la Caméra<br><br>https://youtu.be/GWGhCxkUTR0<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:11<br>12:11 - 12:14<br>12:14 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:21 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 9 | **Title**: Les plus gros engins lourds travaillant à un autre niveau<br><br>https://youtu.be/HZEtFaCoSRw<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:26 - 23:32<br>23:37 - 23:40<br>23:40 - 23:44<br>23:44 - 23:47<br>23:47 - 23:49 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 10 | **Title**: Vidéos les plus satisfaisantes de travailleurs qui font leur travail à la perfection !<br><br>https://youtu.be/mfW_AFPDy00<br><br>(soi 2025-02-01)<br>**Statutory damage against F** | 31:27 - 32:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | **Title**: Les Véhicules les Plus EXTRÊMES de 2025 ! Le MEILLEUR de l'Année !<br><br>https://youtu.be/U-fhCfhRclY<br><br>(soi 2025-06-10)<br>**Infringement Against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| 12 | **Title**: Moments incroyables filmés par une caméra!<br><br>https://youtu.be/x6pyl_dPPFs<br><br>(soi 2024-06-28)<br>**Infringement Against C** | 30:19 - 30:30 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 11:10 | PA0002493091 |
| | **EL LOQUERO**: https://www.youtube.com/channel/UCzzzCufaIhQen0X9ufii0HQ | | | | |
| 13 | **Title**: Las 35 motocicletas más insólitas del mundo | ¡Jamás fabricadas!<br><br>https://youtu.be/srTk8SJwB-E<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |

| 14 | **Title**: Las mayores máquinas de maquinaria pesada trabajan a otro nivel<br><br>https://youtu.be/rX5xiEEqWUY<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:29 - 2:41<br>4:12 - 4:17<br>5:07 - 5:10 | PA0002540487 |
| --- | --- | --- | --- | --- | --- |
| 15 | **Title**: Máquinas más peligrosas y potentes \| Herramientas y equipos ingeniosos<br><br>https://youtu.be/DgbDaHDNXBY<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:02 - 44:08<br>44:12 - 44:15<br>44:15 - 44:22<br>4:22 - 4:24 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:59 - 1:15<br>2:32 - 2:43<br>3:36 - 4:19<br>5:07 - 5:13 | PA0002540487 |
| 16 | **Title**: ¡Los vídeos más satisfactorios de trabajadores haciendo su trabajo a la perfección<br><br>https://youtu.be/YxHz53Y4pYI<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:54 | PA0002495197 |
| 17 | **Title**: ¡Los momentos más increíbles jamás grabados por una cámara!<br><br>https://youtu.be/MhxFPVvU64E<br><br>(soi 2024-06-28)<br>**Infringement against C** | 30:14 - 30:16<br>30:16 - 30:18<br>30:18 - 30:20<br>30:20 - 30:22<br>30:22 - 30:24<br>30:24 - 30:26 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

| 18 | Infringer link same as above<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:33<br>12:33 - 12:38 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:31 - 3:36<br>7:48 - 7:54<br>9:13 - 9:18<br>9:45 - 9:58 | PA0002495258 |
| --- | --- | --- | --- | --- | --- |
| 19 | **Title**: Satisfactorios Vídeos de Trabajadores Haciendo Su Trabajo Perfectamente !<br><br>https://youtu.be/hFi-36mmYV0<br><br>(soi 2025-04-20)<br>**Infringement against G** | 6:46 - 6:56 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | 1:50 - 3:19 | PA0002453397 |
| 20 | **Title**: 30 Vehículos Más Extremos y Brutales que Necesitas Ver!<br><br>https://youtu.be/qhWvrjvfklc<br><br>(soi 2025-06-10)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| 21 | **Title**: Carreteras por las que nunca querrías conducir \| ¡ Carreteras más peligrosas del mundo !<br><br>https://youtu.be/2gzaCkAP5kU<br><br>(soi 2025-06-22)<br>**Infringement Against H** | 16:00 - 16:12 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 0:05 - 1:56 | PA0002495260 |
| **(Crazy guys released)**: https://www.youtube.com/channel/UChk6UeEySkahDPugTNBHG_g | | | | | |

| | | | | |
|---|---|---|---|---|
| 22 | **Title**:<br><br>!<br><br>https://youtu.be/yF4NYAemw_8<br><br>(soi 2024-06-21)<br>**Infringement against C** | 30:18 - 30:21<br>30:21 - 30:23<br>30:23 - 30:25<br>30:25 - 30:26<br>30:26 - 30:29<br>30:29 - 30:31 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 23 | Infringer link same as above<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:32<br>12:32 - 12:37 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 24 | **Title**:<br><br>!<br><br>https://youtu.be/lNxTqFKo8Qg<br><br>(soi 2024-01-24)<br>**Infringement against E** | 15:51 - 15:53<br>15:53 - 15:56<br>15:56 - 15:57<br>15:57 - 16:00 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |
| 25 | Infringer link same as above<br>**Infringement against C** | 16:00 - 16:04<br>16:04 - 16:11 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 26 | **Title**:<br><br>!<br><br>https://youtu.be/IwT5DCd9rqQ<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

| 27 | **Title**:<br><br>https://youtu.be/e0E0b9c6Z_c<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:54 | PA0002495197 |
| 28 | Title:                50<br>!<br>https://youtu.be/HfzsnNxZlZY<br><br>(soi 2024-12-03)<br>**Infringement against H** | 16:00 - 16:06<br>16:06 - 16:13<br>16:21 - 16:24 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 0:03 - 0:12<br>1:11 - 1:57<br>5:27 - 5:34 | PA0002495260 |
| 29 | **Title**:                ,<br><br>https://youtu.be/nESaxfDlHjM<br><br>(soi 2024-04-16)<br>**Infringement against H** | 0:08 - 0:11<br>11:47 - 11:50<br>11:51 - 11:55<br>11:55 - 11:56<br>11:56 - 11:59 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 2:57 - 3:00<br>0:05 - 0:12<br>2:28 - 2:45<br>2:58 - 3:01<br>4:14 - 4:18 | PA0002495260 |
| 30 | **Title**:               100<br><br>https://youtu.be/3DIcV5Ol6Ao<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:02 - 44:08<br>44:13 - 44:15<br>44:15 - 44:19<br>44:19 - 44:22<br>44:22 - 44:25 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| 31 | **Title**:<br><br>https://youtu.be/XB1tfLmaQCw<br><br>(soi 2024-06-11)<br>**Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:36 - 23:40<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 32 | **Title**:<br>        15   !<br><br>https://youtu.be/d7ttWGCYVN0<br><br>(soi 2025-06-10)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| | **EMOTIONSFABRIK**: https://www.youtube.com/channel/UCRD3EPSO6TBdIQGui-qiMqg | | | | |
| 33 | **Title**: TOP 35 der verrücktesten Monster-Motorräder der Welt \| Wirklich fahrbar!<br><br>https://youtu.be/agwa0YZQYn8<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |
| 34 | **Title**: Die größten Maschinen, die auf einem anderen Level sind<br><br>https://youtu.be/niCbHIWh66U<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:27 - 23:33<br>23:38 - 23:41<br>23:41 -  23:45<br>23:45 - 23:48<br>23:48 - 23:50 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| | | | | |
|---|---|---|---|---|
| 35 | **Title**: Die größten Maschinen, die auf einem anderen Level sind #3<br><br>https://youtu.be/JQzx1q5WXVk<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:05 - 44:12<br>44:16 - 44:19<br>44:19 - 44:23<br>44:23 - 44:27<br>44:27 - 44:28 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 36 | **Title**: 30 EXTREMSTE und Brutalste Fahrzeuge, die Sie sehen müssen!<br><br>https://youtu.be/cGebANZ1MnA<br><br>(soi 2025-06-10)<br>**Infringement Against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| colspan | **(Crazy Space):** https://www.youtube.com/channel/UCTUHN-d0rujv4DZI-sEY53A | | | | |
| 37 | **Title**:<br><br>https://youtu.be/6Tf-oIGK_zI<br><br>(soi 2024-06-21)<br>**Infringement against B** | 12:18 - 12:20<br>12:20 - 12:23<br>12:23 - 12:26<br>12:26 - 12:32 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 38 | Infringer link same as above<br>**Infringement against C** | 30:09 - 30:12<br>30:12 - 30:14<br>30:14 - 30:16<br>30:16 - 30:18<br>30:18 - 30:20<br>30:20 - 30:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSIVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |

| 39 | **Title**:<br><br>https://youtu.be/LZBb8cdJycE<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:19<br>12:19 - 12:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 40 | **Title**:           50<br><br>https://youtu.be/qNXRUsfowmY<br><br>(soi 2024-12-03)<br>**Infringement against H** | 16:00 - 16:06<br>16:06 - 16:13<br>16:21 - 16:24 | **Title**: Climbing Impossible Mountain Road in China<br><br>https://youtu.be/pIfjdP72Bz8 | 0:03 - 0:12<br>1:11 - 1:57<br>5:27 - 5:34 | PA0002495260 |
| 41 | **Title**:<br>TOP100<br><br>https://youtu.be/yvIhUuCxPZU<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:02 - 44:08<br>44:13 - 44:15<br>44:15 - 44:19<br>44:19 - 44:22<br>44:22 - 44:25 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 42 | **Title**:<br><br>https://youtu.be/HZyRA4DBvrE<br><br>(soi 2024-06-11)<br>**Infringement against D** | 23:22 - 23:29<br>23:33 - 23:36<br>23:36 - 23:40<br>23:40 - 23:43<br>23:43 - 23:45 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| 43 | **Title**:<br><br>https://youtu.be/DlfsjpAQRTs<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:26 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |
| 44 | **Title**:<br><br>https://youtu.be/k1HR3dTd09U<br><br>(soi 2025-06-17)<br>**Infringement Against L** | 21:49 - 22:22 | **Title**: Fast and Skilled Workers Repair Giant Manholes in Middle of Road<br><br>https://youtu.be/w0bFDbOiKcQ | 0:44 - 9:27 | PA0002521720 |
| 45 | **Title**:            30<br><br>https://youtu.be/aHo9YZ8o7bM<br><br>(soi 2025-06-10)<br>**Infringement Against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |
| **ZONA INSANA**: https://www.youtube.com/channel/UCKfpak7GzDYi4Zb4O1mJvEw | | | | | |

| 46 | **Title**: As Motocicletas Mais Impossíveis Do Mundo Que Realmente Podem Ser Pilotadas!<br><br>https://youtu.be/1eX7du8Z2dc<br><br>(soi 2025-05-02)<br>**Infringement against A** | 0:05 - 0:06<br>3:08 - 3:30 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 4:42 - 10:53 | PA0002527509 |
|---|---|---|---|---|---|
| 47 | **Title**: Os momentos mais inacreditáveis já capturados pela câmera!<br><br>https://youtu.be/5AXgqnxhXBo<br><br>(soi 2024-06-28)<br>**Infringement against B** | 12:24 - 12:26<br>12:26 - 12:29<br>12:29 - 12:32<br>12:32 - 12:37 | **Title**: How they Mine Tons of Himalayan Salt Deep Inside Mountain<br><br>https://youtu.be/IuaPqe_Q-b4 | 3:32 - 3:36<br>7:49 - 7:53<br>9:13 - 9:18<br>9:49 - 9:58 | PA0002495258 |
| 48 | Infringer link same as above<br>**Infringement against C** | 29:59 - 30:09 | Title: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 11:10 | PA0002493091 |
| 49 | **Title**: Maiores máquinas de equipamentos pesados trabalhando em outro nível<br><br>https://youtu.be/4Qx8Wb8p_E8<br><br>(soi 2024-06-14)<br>**Infringement against D** | 23:23 - 23:30<br>23:34 - 23:37<br>23:37 - 23:41<br>23:41 - 23:44<br>23:44 - 23:46 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |

| 50 | **Title**: As maiores máquinas incríveis operando em um nível insano<br><br>https://youtu.be/gq4rw5njvvs<br><br>(soi 2024-12-24)<br>**Infringement against D** | 44:03 - 44:09<br>44:14 - 44:16<br>44:16 - 44:21<br>44:21 - 44:24<br>44:24 - 44:26 | **Title**: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes<br><br>https://youtu.be/VVzVfo-i_1I | 0:58 - 1:14<br>2:33 - 2:45<br>3:37 - 3:43<br>4:12 - 4:18<br>5:09 - 5:14 | PA0002540487 |
| 51 | **Title**: Os momentos mais inacreditáveis já capturados pela câmera!<br><br>https://youtu.be/G0hP8O_811c<br><br>(soi 2024-04-19)<br>**Infringement against C** | 12:09 - 12:12<br>12:12 - 12:13<br>12:13 - 12:15<br>12:15 - 12:17<br>12:17 - 12:20<br>12:20 - 12:22 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 0:14 - 0:19<br>7:50 - 8:00<br>4:25 - 4:29<br>9:20 - 9:23<br>11:31 - 11:36<br>11:09 - 11:11 | PA0002493091 |
| 52 | **Title**: 999 momentos de QI<br><br>https://youtu.be/yyPAiAyDQnA<br><br>(soi 2024-01-19)<br>**Infringement against C** | 16:12 - 16:16<br>16:16 - 16:23 | **Title**: Riding Cheapest Scooters of Congo<br><br>https://youtu.be/FMt0sslSlVk | 11:31 - 11:36<br>11:02 - 11:12 | PA0002493091 |
| 53 | Infringer link same as above<br>**Infringement against E** | 16:04 - 16:06<br>16:06 - 16:08<br>16:08 - 16:10<br>16:10 - 16:12 | **Title**: Pakistan Cheapest Way to Transport Cooking Gas to Home<br><br>https://youtu.be/a5f2D876vnk | 8:16 - 8:20<br>2:18 - 2:24<br>3:18 - 3:21<br>4:10 - 4:15 | PA0002495257 |

| | | | | | |
|---|---|---|---|---|---|
| 54 | **Title**: Vídeos satisfatórios de trabalhadores que trabalham extremamente bem !<br><br>https://youtu.be/YEVaoHQluOA<br><br>(soi 2025-02-01)<br>**Infringement against F** | 31:27 - 31:36 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:39 - 7:53 | PA0002495197 |
| 55 | **Title**: Vídeos satisfatórios de trabalhadores que trabalham extremamente bem!<br><br>https://youtu.be/uMJXDkTvl8k<br><br>(soi 2025-04-20)<br>**Infringement against G** | 6:45 - 06:55 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | 1:50 - 3:18 | PA0002453397 |
| colspan | **Trending Machine**: https://www.youtube.com/channel/UCCfpI5ggGDPkD0F0Qfsbdpw | | | | |
| 56 | **Title**: Extremely Satisfying Factory Production Process \| Exciting Machines and Ingenious Tools !<br><br>https://youtu.be/6O_VxZHXxNA<br><br>(soi 2025-02-18)<br>**Infringement against i** | 30:34 - 30:42 | **Title**: Japan Genius Technique to Cut Ice Blocks from Frozen Pool<br><br>https://youtu.be/JYte4QaV4VY | 2:01 - 8:10 | PA0002501525 |

| | | | | | |
|---|---|---|---|---|---|
| 57 | **Title**: Amazing Inventions That On Another Level \| Compilation \| Best Of The Year 2023<br><br>https://youtu.be/COEcjH6H3Q4<br><br>(soi 2023-12-15)<br>**Infringement against J** | 10:40 - 10:47 | Title: Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | 4:18 - 4:31 | PA0002499415 |
| 58 | **Title**: Amazing Inventions And Smart Gadgets That Are On Another Level<br><br>https://youtu.be/UjZvC4D10kQ<br><br>(soi 2023-09-29)<br>**Infringement against J** | 15:09 - 15:16 | **Title**: Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat<br><br>https://youtu.be/oLRNf8nzcC8 | 4:18 - 4:31 | PA0002499415 |
| 59 | **Title**: The MOST Satisfying Videos Of Workers Doing Their Job Perfectly!<br><br>https://youtu.be/SGtJWH8EIXM<br><br>(soi 2024-12-27)<br>**Infringement against K** | 10:17 - 10:19 | **Title**: How They Produce Millions of Olive Oil Soap Bars by Hand<br><br>https://youtu.be/Rlz3cnSJk7Q | 0:27 - 0:31 | PA0002520745 |
| 60 | Infringer link same as above<br>**Infringement against G** | 10:19 - 10:29 | **Title**: Genius Techniques They Use to Cut Millions of Soap Bars<br><br>https://youtu.be/A123uGLg2vI | 0:22 - 4:47 | PA0002453397 |

| 61 | **Title**: Most Satisfying Videos Of Workers Doing Their Job Perfectly \| Best of Autumn 2024 !<br><br>https://youtu.be/g4n6IbUPDog<br><br>(soi 2024-11-08)<br>**Infringement against F** | 13:50 - 14:00 | **Title**: Dangerous Way They Slide Tons of Wood Down a Mountain<br><br>https://youtu.be/Ysp5eXkaQTY | 7:38 - 7:55 | PA0002495197 |
| 62 | **Title**: World's Most Insane Vehicles That Only Made in ONE Copy !<br><br>https://youtu.be/9Z7gweSm9qY<br><br>(soi 2025-05-30)<br>**Infringement against A** | 1:53 - 1:58<br>2:01 - 2:09 | **Title**: Riding Homemade Batman Bike of Indonesia<br><br>https://youtu.be/ufQD9dDqDm8 | 0:47 - 4:44<br>10:21 - 11:43 | PA0002527509 |

# **Exhibit C**

Counter Notifications

**Re: [GKN6IAD73VY76TC3THJIMPEMLI] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+06md2fzsdugyk0h@google.com>    Fri, Jun 2

to me

_____



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](#).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=JQzx1q5WXVk](#)

Display name of uploader: EMOTIONSFABRIK

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system mistake. Because I did not violate any YouTube rules or any rules in this video at all! I've double checked and my video does not contain the content that the complainant claims at all. None of the claimant's content could be found during 44:05 – 44:19. So I ask you to check the time period from 44:05 to 44:19 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of mistake in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you! Video link: [https://youtu.be/JQzx1q5WXVk](#)

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------------

### Re: [E3CNUB3KBVSFT2GPNCKH5K4BD4] New Copyright Counter Notification

YouTube Copyright <youtube-disputes+39sk1wd69r1e90h@google.com>    Jun 27, 202

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=HZyRA4DBvrE](http://www.youtube.com/watch?v=HZyRA4DBvrE)

Display name of uploader:

Hello! I believe that my video was undeservedly removed from YouTube due to some mistake in the system. Because I did not violate any YouTube rules or any rules at all! My video does not contain the content that the complainant claims during 23:22 – 23:45 and at all. I ask you to check the time period from 23:22 to 23:45 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. So I ask you to reconsider your decision and restore my video. Thank you! Video: [https://youtu.be/HZyRA4DBvrE](https://youtu.be/HZyRA4DBvrE)

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

[danielastark.c@gmail.com](mailto:danielastark.c@gmail.com)

099 206 2626

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [E3CNUB3KBVSFT2GPNCKH5K4BD4] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+39sk1wd69r1e90h@google.com>    Jun 27, 202

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

· http://www.youtube.com/watch?v=HZyRA4DBvrE

Display name of uploader:

Hello! I believe that my video was undeservedly removed from YouTube due to some mistake in the system. Because I did not violate any YouTube rules or any rules at all! My video does not contain the content that the complainant claims during 23:22 – 23:45 and at all. I ask you to check the time period from 23:22 to 23:45 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. So I ask you to reconsider your decision and restore my video. Thank you! Video: https://youtu.be/HZyRA4DBvrE

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------

### Re: [B6RNCSY27HPMIKK6EDZ2HERZPI] New Copyright Counter Notification

YouTube Copyright <youtube-disputes+1mxxmgo2gqey60h@google.com>    Fri, Jun 2

to me



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the

uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=MhxFPVvU64E

Display name of uploader: EL LOQUERO

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system mistake. Because I did not violate any YouTube rules or any rules in this video! For today, my video does not contain the content that the claimant claims at all. I ask you to check the time period from 30:14 to 30:16 again manually and make sure that there is not a single second that matches the content from the video provided by the claimant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you!

https://youtu.be/MhxFPVvU64E

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.


Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162
danielastark.c@gmail.com
099 206 2626


Help Center • Email Options


You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [EBMFWC7X4QJKEUMUXKJWJKP7GM] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+0gao8mquedswf0h@google.com>   J u n   2 7 ,   2 0 2

to me

_____



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](mailto:copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=HZEtFaCoSRw](http://www.youtube.com/watch?v=HZEtFaCoSRw)

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was unfairly removed from YouTube due to some system error. Because I did not violate any YouTube rules or any rules! As of today, my video does not contain the content that the complainant claims at all. I ask you to check the time period from 23:26 to 23:32 again and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162
danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------------

**Re: [LTLZCOG2BMQFZISGBIVQ6DXARY] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+0t2oitfh5xqi70h@google.com>     Fri, Jun 2

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=6O_VxZHXxNA

Display name of uploader: Trending Machine

Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube or other rules at all. The claimant claimed his rights only to 0.18% of my video, which is in fact just a few seconds from the whole 5640 seconds long video on my channel. And I used only a tiny piece solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context to educate and entertain people. Then I translated it into English from my native language to create a new voice-over from this final material. Then I edited all footage together in a specific order so that they match my voice-over from my script perfectly to provide the necessary context through commentary as much as possible. Also, I added music and audio effects to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast

Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------------

### Re: [RHD6E7UW5UVICDAV7TY5OTB6KQ] New Copyright Counter Notification

YouTube Copyright <youtube-disputes+3agclsudaakrb0h@google.com>    Fri, Jun 2

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=lNxTqFKo8Qg

Display name of uploader:

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system error. Because I did not violate any YouTube rules or any rules in this video! For this moment, my video does not contain the content that the complainant claims at all. I ask you to check the time period from 16:00 to 16:04 again and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of mistake in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you! https://youtu.be/lNxTqFKo8Qg

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-----------------------------------------------------------------------------------------------------------

**Re: [KPN7FKZ4VO3DX2XC3FQFFIRGMQ] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+2xxlnf2z1nchb0h@google.com>    Fri, Jun 2

to me



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](mailto:copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=COEcjH6H3Q4](http://www.youtube.com/watch?v=COEcjH6H3Q4)

Display name of uploader: Trending Machine

Hello! I believe that my video (link: [https://youtu.be/COEcjH6H3Q4](https://youtu.be/COEcjH6H3Q4)) was removed undeservedly from YouTube due to some error in the system. Because I did not violate any YouTube rules or any rules. Now my video does not contain the content that the claimant claims during 10:40 - 10:47 and at all! I ask you to check this time period from 10:40 to 10:47 again by a person, if previously it was an automatic check by a system, and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I also want to add that this is the fourth strike on my channel in a very short period of time and in this strike claimed for content that is not even in the video sequence. It seems like the goal is to abuse me as a content creator through abuse of the mechanics of the YouTube platform. Therefore, I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.


Alexandr Vladimirovich Vitvitskiy


Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast

Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-----------------------------------------------------------------------------------------------------------------------

### Re: [OWWYCNTDATVS5Y7TQMCKJGW34U] New Copyright Counter Notification

YouTube Copyright <youtube-disputes+10qz51vnec7du0h@google.com>     Fri, Jun 2

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=gg4rw5njvvs

Display name of uploader: ZONA INSANA

Hello! I believe that my video (https://youtu.be/gq4rw5njvvs) was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would have made up less than 0.1% of my video's running time, which is 2698 seconds. And I might have used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it to Portuguese language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I also used music and audio effects to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!
I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------

**Re: [53LAQBUY2WIUMQRK7SJ7T64JHE] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+35krlm4ftkw520h@google.com>   J u n   2 6 ,   2 0 2

to me



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

   • http://www.youtube.com/watch?v=rX5xiEEqWUY

Display name of uploader: EL LOQUERO

Hello! I believe that my video was undeservedly removed from YouTube due to some system error. Because I didn't violate any YouTube rules or any other rules in my video. My video is 1483 seconds long, and the claimant claimed his rights for only 7 seconds, which is just a 0.47% of the whole video duration! I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, etc. To comply with the requirements

of the Fair Use Doctrine, I wrote my own unique script full of specific commentary, translated it into English and then into Spanish to make an original voice over from this text. Afterwards, I edited all the footage to put frames together in a specific order so that they match my voice-over from my script completely and so that the spoken words accompany most of the moment in question to provide the necessary context through commentary. Moreover, I putted an overlay music over it to fully change the audio side of video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy

Mashynobudivnykiv St, 6b

Chabany

Kyiv Oblast

Ukraine

08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [2VYPZKJYWUJXZPXSDQ4PQQSUDU] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+3g8rhiul9k0eh0h@google.com>     Ｊｕｎ ２６， ２０２

to me



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](mailto:copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=x6pyI_dPPFs](http://www.youtube.com/watch?v=x6pyI_dPPFs)

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system error. Because I didn't violate any YouTube rules or any other rules at all! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would not have made up more than 0.35% of my video's running time, which is 3136 seconds. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific original commentary about certain video fragments to provide the necessary context. Then I translated it to French language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I used overlay music and audio effects to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed
due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is
located, or if my address is outside of the United States, the judicial district in which
YouTube is located, and will accept service of process from the claimant.
Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------------

**Fwd: [OPVIEMNU2ITEXXX6SPU4WILPJU] New Copyright Counter Notification**

Younes Ben Fredj                                                    Jul 16
t me                                                        2:41 PM (18

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+30ef4i2u5jtei0h@google.com>
Date: Wed, Jun 25, 2025 at 7:41 PM
Subject: Re: [OPVIEMNU2ITEXXX6SPU4WILPJU] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](mailto:copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
- [http://www.youtube.com/watch?v=lpLzYg456U4](http://www.youtube.com/watch?v=lpLzYg456U4)

Display name of uploader: MAD LAB

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system error. Because I didn't violate any YouTube rules or any other rules at all! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would not have made up more than 0.22% of my video's running time, which is 1389 seconds. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific original commentary about certain video fragments to provide the necessary context. Then I translated it into English from my native language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I used overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these

changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------------

**Fwd: [OCHMNC625YCM5NLN3EB7OHULQM] New Copyright Counter Notification**

Younes Ben Fredj                                                     Jul 16
t me                                                            2:41 PM (18

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0moqg3zefxoky0h@google.com>
Date: Thu, Jun 26, 2025 at 8:44 AM
Subject: Re: [OCHMNC625YCM5NLN3EB7OHULQM] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
  · http://www.youtube.com/watch?v=9Z7gweSm9qY
Display name of uploader: Trending Machine

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system mistake. Because I didn't violate any YouTube or other rules. The claimant claimed his rights only to 0.5% of my video, which is in fact just a few seconds from the whole 1585 seconds video on my channel. And I used only a tiny piece (about 1%) of claimant's video in question solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context to

educate and entertain people. Then I translated it into English from my preferable language to create a brand new voice-over from this final commentary material. Then I edited all the footage together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------

**Fwd: [6WJ6CX6NZMVL2V6XD3A4RlAWUQ] New Copyright Counter Notification**

Younes Ben Fredj                                                    Jul 16
t me                                                        2:34 PM (18 ho

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0yuykfd95nhui0h@google.com>
Date: Thu, Jun 26, 2025 at 8:48 AM
Subject: Re: [6WJ6CX6NZMVL2V6XD3A4RIAWUQ] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that
you submitted. A counter notification is a legal request for YouTube to reinstate a video that
was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply
to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take
and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
   •   http://www.youtube.com/watch?v=1eX7du8Z2dc

Display name of uploader: ZONA INSANA

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of
system error. Because I didn't violate any YouTube rules or any other rules at all! The
claimant claimed his rights to about a 1,5% of my video, which is in fact just a few seconds
from the whole 1425 seconds long video in question! And I used that tiny piece of video
content solely for commentary purposes to create a brand new entertaining and educational
content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107
provides the statutory framework for determining whether something is a fair use and gives

examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into Portuguese from my preferable language to create a brand new voice-over from this final commentary material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I used some overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Fwd: [UHY3PV3NYMYKH67WTQK2JE4R54] New Copyright Counter Notification**

Younes Ben Fredj                                                    Jul 16
t me                                                          2:34 PM (18 ho

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1b7ds9uaurxsc0h@google.com>
Date: Thu, Jun 26, 2025 at 8:55 AM
Subject: Re: [UHY3PV3NYMYKH67WTQK2JE4R54] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
   •   http://www.youtube.com/watch?v=S3CCdt4FjTI

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules at all! My video is 1425 seconds long in total, and the claimant claimed his rights to about a 1,5% of it, which is in fact just a few seconds! And I used that tiny piece of video content solely for commentary

purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script from scratch and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into French language from my native language to create a brand new voice-over from this text material. Then I edited all the footages together in a specific order using only specific frames so that they match my voice-over from my script perfectly and so that the spoken words accompany the video content to provide the necessary context through commentary, as long as possible. Also, I putted some overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Fwd: [JDU7KPKVNXDJQBMQMSCSFPG5EQ] New Copyright Counter Notification**

Younes Ben Fredj                                                    Jul 16
to me                                                          2:34 PM (18 ho

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+10dag22psfsrw0h@google.com>
Date: Thu, Jun 26, 2025 at 9:00 AM
Subject: Re: [JDU7KPKVNXDJQBMQMSCSFPG5EQ] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
 • http://www.youtube.com/watch?v=cGebANZ1MnA
Display name of uploader: EMOTIONSFABRIK
Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system mistake. Because I didn't violate any YouTube rules! The claimant claimed his rights to 0,5% of my video, which is in fact just a few seconds from the whole 1585 seconds long

video on my channel and only about a 1% of claimant's original content in question. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into English, and then into German language to create a brand new voice-over from this final commentary material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------------

**Fwd: [M5UYNBPNMSFCKR3EEHNTB6CK44] New Copyright Counter Notification**

Younes Ben Fredj                                                              Jul 16
t me                                                                    2:44 PM (18 ho

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+18gmbw5y2utl50h@google.com>
Date: Thu, Jun 26, 2025 at 9:05 AM
Subject: Re: [M5UYNBPNMSFCKR3EEHNTB6CK44] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
- http://www.youtube.com/watch?v=aHo9YZ8o7bM

Display name of uploader:
Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules! My video is 1585

seconds long in total, and the claimant claimed his rights to about 0,5% of it, which is just a few seconds! And I used that tiny piece of content (about 1% of claimant's video) solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own original script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into English, to make further translation into Japanese possible and to create a brand new voice-over from this final text material. Then I edited all the footages together in a specific order using only specific frames so that they match my voice-over from my script perfectly and so that the spoken words accompany the video content to provide the necessary context through commentary, as long as possible. Finally, I used overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626
Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------

### Fwd: [NINCA36NGR3MRTS45KKBA6F3KI] New Copyright Counter Notification

Younes Ben Fredj                                                          Jul 16
to me                                                                2:54 PM (1 hours

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2r5oz2urwihbc0h@google.com>
Date: Thu, Jun 26, 2025 at 9:11 AM
Subject: Re: [NINCA36NGR3MRTS45KKBA6F3KI] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.
- The YouTube Team

Counter Notification as follows:
Videos included in counter notification:
  · http://www.youtube.com/watch?v=d7ttWGCYVN0

Display name of uploader:

Hello! I believe that my video was removed undeservedly from YouTube due to system error, because I didn't violate any YouTube or other rules! More specifically, the claimant claimed

his rights to a tiny part of it - less than 0.35% of my video, which is a few completely changed seconds from the whole 1585 seconds long video on my channel. And I used that tiny piece of video (less than 1% of claimant's content in question) solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, scholarship, teaching, etc. To comply with the requirements of the Fair Use Doctrine, I wrote the new script and made it full of specific commentary about certain video fragments to provide the new context in my video. I manually translated it into English and then into Korean to create a brand new voice-over record from this final version of my own commentary material. Then I edited all the footages together in a specific order so that they match my voice-over perfectly to provide the necessary context for every footage. Also, I specifically choose overlay music for each part of my video and put audio effects over it to fully change the audio side of my video. And I did visual effects between moments and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value and I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Fwd: [EBEYMKXK5PVR5LNRNL4BS2HAYM] New Copyright Counter Notification**

Younes Ben Fredj                                                    Jul 16
to me                                                          2:54 PM (1 hours

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+212osfli4t1q70h@google.com>
Date: Thu, Jun 26, 2025 at 12:51 PM
Subject: Re: [EBEYMKXK5PVR5LNRNL4BS2HAYM] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.
- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
   · http://www.youtube.com/watch?v=UjZvC4D10kQ
Display name of uploader: Trending Machine
Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube or other rules at all. The claimant claimed his

rights only to 0.45% of my video, which is in fact just a 7 seconds from the whole 1539 seconds video on my channel. And I used only a tiny piece (less than 1%) of claimant's video in question solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote a new script and made it full of specific commentary about certain video fragments to provide the necessary context to educate and entertain the viewers. Then I translated it into English from my preferable language to create a new voice-over from this final commentary material. Afterwards, I edited all the footage together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added music and audio effects over it to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# **Exhibit D**

DMCA Takedown Confirmation

**[C3ZD7UWXTHQDEWUVC7FOLMBP5Q] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-copyright-disputes+Otouh4nrgd-gn>    Jun 24,
to me                                                            8:17



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rX5xiEEqWUY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:23:22 to 0:23:29
    : https://www.youtube.com/watch?v=rX5xiEEqWUY&t=1402
    It appears in your source video from 0:00:58 to 0:01:14
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58

- Country where copyright applies: AE
- I, in good faith state that:

- o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: rX5xiEEqWUY

-----------------------------------

YouTube Copyright disputes+Otouh4nrgd-gr               Jun 24,
to me                                                                     8:17



Hi We Protect Your Content,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**[MZF6S75DKWVPZPUMCACNYYBR7E] YouTube Copyright Complaint Submission**

YouTube Copyright <youtube-dl+ptu<t es+1zrhdvbecg>xo          Jun 3, 22C
to me                                                          8 3 8 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We   will   reply   to   this   email   when   we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=x6pyI_dPPFs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Riding Cheapest Scooters of Congo
  - Source of video: FMt0sslSlVk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:30:19 to 0:30:30
    : https://www.youtube.com/watch?v=x6pyI_dPPFs&t=1819
    It appears in your source video from 0:00:14 to 0:11:10
    : https://www.youtube.com/watch?v=FMt0sslSlVk&t=14
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 23, 2025 [legal@welicense.co](#) wrote:

Video IDs: x6pyl_dPPFs

------------------------------------

YouTube Copyright disputes+1zrhdvbecg>xo    Jun 5, 2 2 0
to me                                        1 0 4 P M



Hi We Protect Your Content,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

R e q u e s t   r e s o l v e d

T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e

V i d e o s   i n   q u e s t i o n :

[h t t p s : / / w w w . y o u t u b e . c o](#) m / w a t c h ? v =

— — — — — — — — — — — — — — — — — — — — — — —

W e   u s e   a   c o m [b i n a t i o n   o f   s y s t e m s   a n d](#)
p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**[EVYBHAJMVXT6J2GP3TETRZBXIU] YouTube Copyright Complaint Submission**

YouTube Copyright disputes+1h18cf9rcars    Jun 24, 220
to me                                        8 54 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.   We  will  reply  to  this  email  when  we
You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - o Office E76 Dubai Production City, Dubai, UAE
  - o Dubai, Dubai 000000
  - o AE

- • Username: We Protect Your Content
- • Email Address: legal@welicense.co
- • Phone: +971 50 528 3879

- • URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=JQzx1q5WXVk
- • Describe the work allegedly infringed: My company, organization or client's video
    - ○ Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
    - ○ Source of video: VVzVfo-i_1I
    - ○ Type of video: Internet video
    - ○ Where does the content appear?
      The content appears in the targeted video from 0:44:05 to 0:44:19
      : https://www.youtube.com/watch?v=JQzx1q5WXVk&t=2645
      It appears in your source video from 0:02:33 to 0:02:45
      : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153
- • Country where copyright applies: AE
- • I, in good faith state that:
    - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - ○ This notification is accurate.
    - ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: JQzx1q5WXVk

---------------------------------

Y o u T u b e   C o p y r i g h t   D i s p u t e s   <youtube-disputes+1zrhdvbecg>xo    J u n  5,  2 2 0
t o   m e                                                                                1 0:4 3 P M



Hi We Protect Your Content,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t.   W e ' v e   r e v i



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---

**[B5TAUZCNX4HIO7FMRXJIOI7ODU] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes <youtube-disputes+OmlOf1dkyw-dC>    Jun 4, 2 2O
to me                                                              9:0 0P M



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.  We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 000000
    - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HZyRA4DBvrE
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
    - Source of video: VVzVfo-i_1I
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:23:22 to 0:23:45
      : https://www.youtube.com/watch?v=HZyRA4DBvrE&t=1402
      It appears in your source video from 0:02:33 to 0:02:45
      : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

    - Country where copyright applies: AE

- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: HZyRA4DBvrE

-----------------------------------

YouTube Copyright disputes <copyright-disputes+Oml Of1dkyw=dC    Jun 7, 220
to me                                                             1 23 4 AM



Hi We Protect Your Content,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

---------------------------------------------------------------------------------------------------------------------------

**[YMTWRVXQ64RVW7ERHYK36NTQVQ] YouTube Copyright Complaint Submission**

YouTube Copyright disputes  Jun 4, 2 2 0
to me                                                                                8:0 8 P M

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We  will  reply  to  this  email  when  we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - Office E76 Dubai Production City, Dubai, UAE
  - Dubai, Dubai 000000
  - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HZEtFaCoSRw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:23:26 to 0:23:32
    : https://www.youtube.com/watch?v=HZEtFaCoSRw&t=1406
    It appears in your source video from 0:00:58 to 0:01:14
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=58
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: HZEtFaCoSRw

------------------------------------

```
Y o u T u b e   C o p y r i g h t  d i s p u t e s + 3 j k s p f e d 1 x h 3        J u n 6 , 2 2 0
t o   m e                                                                    10:54 PM
```



Hi We Protect Your Content,

```
T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i
```

```
R e q u e s t   r e s o l v e d

T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e

V i d e o s   i n   q u e s t i o n :

h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v =

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

W e   u s e   a   c o m b i n a t i o n   o f   a u t o m a t e d   s y s t e m s   a n d
p r o c e s s   r e m o v a l   r e q u e s t s .
```

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**[CVMZV2FQ247ANCJCKX3CHEDFWY] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes+1dr9ebjl0-ikr                    Jun 23, 2:0
to me                                                        9:57 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We  will  reply  to  this  email  when  we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - o Office E76 Dubai Production City, Dubai, UAE
  - o Dubai, Dubai 000000
  - o AE
- Username: We Protect Your Content

- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed
  : https://www.youtube.com/watch?v=6O_VxZHXxNA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video : Japan Genius Technique to Cut Ice Blocks from Frozen Pool
  - Source of video: JYte4QaV4VY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:30:34 to 0:30:42
    : https://www.youtube.com/watch?v=6O_VxZHXxNA&t=1834
    It appears in your source video from 0:02:01 to 0:08:10
    : https://www.youtube.com/watch?v=JYte4QaV4VY&t=121
- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 legal@welicense.co wrote:

Video IDs: 6O_VxZHXxNA

-----------------------------------

YouTube Copyright disputes+1dr9ebjl0-ikr    Jun 5, 2202
to me                                                     11:41 PM



Hi We Protect Your Content,

Thank you for your removal request. We've revi



Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

**[GKYLGUPFZI5IXPOMDQ6Z4RGK2I] YouTube Copyright Complaint Submission**

YouTube Copyright disputes+1ox6ypxyl>wjl          Jun 4, 22C
to me                                                     8:2 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 000000
    - AE
- Username: We Protect Your Content
- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed
    : https://www.youtube.com/watch?v=lNxTqFKo8Qg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video : Riding Cheapest Scooters of Congo
    - Source of video: FMt0sslSlVk
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:16:00 to 0:16:04
        : https://www.youtube.com/watch?v=lNxTqFKo8Qg&t=960
      It appears in your source video from 0:11:31 to 0:11:36
        : https://www.youtube.com/watch?v=FMt0sslSlVk&t=691
- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- o This notification is accurate.
- o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o I understand that abuse of this tool will result in termination of my YouTube channel.
  - Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 [legal@welicense.co](#) wrote:

Video IDs: lNxTqFKo8Qg

----------------------------------

YouTube Co uypoyurti-idbhstput e s + 1 o x 6 y p x y l >wj l      Jun 7, 2 2 0
to me                                                                            1 21 7 AM

YouTube

Hi We Protect Your Content,

Thank you for your removal request. We've revi



```
Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a comaubuinromattaited ofsystems  ao
process removal requests.
```

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**[BTQOVQAYWOHQL5KOF2URI2M3PU] YouTube Copyright Complaint Submission**

YouTube  Copyurti-dgohsptute s +0b 6 x O7 d x 3 q g d          Jun4, 220
to me                                                            9:1 1 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all [required elements](). We will reply to this email when we You can also check on the status of your takedown request in the ['Removal requests' tab]() which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
  - o Office E76 Dubai Production City, Dubai, UAE
  - o Dubai, Dubai 000000
  - o AE
- Username: We Protect Your Content
- Email Address: [legal@welicense.co]()
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed : [https://www.youtube.com/watch?v=COEcjH6H3Q4]()
- Describe the work allegedly infringed: My company, organization or client's video
  - o Title of video : Starting Dangerous Massive V8 Diesel Truck Engine on a Tiny Boat
  - o Source of video: oLRNf8nzcC8
  - o Type of video: Internet video
  - o Where does the content appear?
    The content appears in the targeted video from 0:10:40 to 0:10:47 : [https://www.youtube.com/watch?v=COEcjH6H3Q4&t=640]()
    It appears in your source video from 0:04:18 to 0:04:31 : [https://www.youtube.com/watch?v=oLRNf8nzcC8&t=258]()

- Country where copyright applies: AE
- I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Kenneth Silvers

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: COEcjH6H3Q4

-----------------------------------

YouTube Copyright <copyright-disputes+Ob6xO7dx3qxgd@...>    Jun 7, 22:0
to me    1 2:47 AM



Hi We Protect Your Content,

Thank you for your removal request. We've revi

Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

- - - - - - - - - - - - - - - - - - - - - - - - -

We use a combination of automated systems and c
process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**[LFB5DWK26SLWZX56H3BSKHKCCY] YouTube Copyright Complaint Submission**

YouTube Copyright-disputes+1w9mpy1uOj3c    Jun 24, 220
to me                                                               9:07 PM



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): We Protect Your Content
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kenneth Silvers
- Your Title or Job Position (What is your authority to make this complaint?): Authorized Representative
- Address:
    - Office E76 Dubai Production City, Dubai, UAE
    - Dubai, Dubai 000000
    - AE
- Username: We Protect Your Content

- Email Address: legal@welicense.co
- Phone: +971 50 528 3879

- URL of allegedly infringing video to be removed
  : https://www.youtube.com/watch?v=gq4rw5njvvs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video : Monstrously Powerful Panama Canal Train Climbs Crazy Steep Slopes
  - Source of video: VVzVfo-i_1I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:44:03 to 0:44:26
    : https://www.youtube.com/watch?v=gq4rw5njvvs&t=2643
    It appears in your source video from 0:02:33 to 0:02:45
    : https://www.youtube.com/watch?v=VVzVfo-i_1I&t=153

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kenneth Silvers

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 legal@welicense.co wrote:

Video IDs: gq4rw5njvvs

------------------------------------

YouTube  Copyurtidbsptes+1w9mpy1uOj2c          Jun 7, 22O
to me                                              1  2:40 AM



Hi We Protect Your Content,

Thank  you  for  your  removal  request.  We've  revi

> Request resolved
>
> The content listed below has bee
>
> Videos in question:
>
> https://www.youtube.com/watch?v=
>
> _____
>
> We  use  a  comabuitnomtaited  osfystems  ano
> process  removal  requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 24, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------------

**Fwd: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 202:
to me                                                (21 hou:

**Forwarded Conversation**
**Subject: [SYEG2ZTIJWY3ZGHYHIJMXGQ4L4] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Mon, Jun 23, 2025 at 8:26 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S3CCdt4FjTI
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:30 : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
    It appears in your source video from 0:04:42 to 0:10:53 : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: S3CCdt4FjTI

----------------------------------

From: **YouTube Copyright** <youtube-disputes+0e7l4r4ccxe5s07@google.com>
Date: Wed, Jun 25, 2025 at 9:03 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S3CCdt4FjTI
- Describe the work allegedly infringed: My video

- o  Title of video: Riding Homemade Batman Bike of Indonesia
- o  Source of video: ufQD9dDqDm8
- o  Type of video: Internet video
- o  Where does the content appear?
  The content appears in the targeted video from 0:03:08 to 0:03:30
  : https://www.youtube.com/watch?v=S3CCdt4FjTI&t=188
  It appears in your source video from 0:04:42 to 0:10:53
  : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- • Country where copyright applies: AE
- • I, in good faith state that:
  - o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o  This notification is accurate.
  - o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o  I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------------

**Fwd: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6 PM
to me                                               (21 hou

**Forwarded Conversation**
**Subject: [ODXYR5KJZQ6O5YD6WNVVM62KVY] YouTube Copyright Complaint Submission**
------------------------

From: YouTube Copyright <youtube-disputes+239cijw4uytnf07@google.com>
Date: Mon, Jun 23, 2025 at 8:37 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cGebANZ1MnA
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121
    It appears in your source video from 0:10:21 to 0:11:43
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
    o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    o This notification is accurate.
    o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    o I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: cGebANZ1MnA


-----------------------------------


From: **YouTube Copyright** <youtube-disputes+239cijw4uytnf07@google.com>
Date: Wed, Jun 25, 2025 at 9:04 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

R e q u e s t   r e s o l v e d

T h e   c o n t e n t   l i s t e d   b e l o w   h a s   b e e

V i d e o s   i n   q u e s t i o n :

h t t p s : / / w w w . y o u t u b e . c o m / w a t c h ? v =

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

W e   u s e   a   c o m b i n a t i o n   o f   a u t o m a t e d   s y s t e m s   a n d
p r o c e s s   r e m o v a l   r e q u e s t s .

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=cGebANZ1MnA
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=cGebANZ1MnA&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- • Country where copyright applies: AE
- • I, in good faith state that:
  - o I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - o This notification is accurate.
  - o I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - o I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**

Younes Ben Fredj　　　　　　　　　　　　Jul 16, 6:01 PM
to me　　　　　　　　　　　　　　　　　　(21 hour

**Forwarded Conversation**
**Subject: [D6EYL6XOTUVW24RLJGKA3YZFXE] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+15q38rkp7c5b907@google.com>
Date: Mon, Jun 23, 2025 at 8:45 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.    We  will  reply  to  this  email  when  we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lpLzYg456U4
- Describe the work allegedly infringed: My video
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:08 to 0:03:11
      : https://www.youtube.com/watch?v=lpLzYg456U4&t=188
      It appears in your source video from 0:05:13 to 0:05:17
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

          o   I understand that abuse of this tool will result in termination of my
            YouTube channel.
    •   Authorized Signature: Younes BEN FREDJ

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)
On Jun 23, 2025 [tekniqvideos@gmail.com](#) wrote:
Video IDs: lpLzYg456U4

----------------------------------

From: **YouTube Copyright** <[youtube-disputes+15q38rkp7c5b907@google.com](#)>
Date:  Wed,  Jun  25,  2025  at  12:55  PM
To: <[tekniqvideos@gmail.com](#)>



Hi Younes Ben Fredj,

Thank  you  for  your  removal  request.  We've  revi

Request  resolved

The  content  listed  below  has  bee

Videos  in  question:

[https://www.youtube.com/watch?v=](#)

_____

We  use  a  combination  of  automated  systems  and
process  removal  requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=lpLzYg456U4
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:11
    : https://www.youtube.com/watch?v=lpLzYg456U4&t=188
    It appears in your source video from 0:05:13 to 0:05:17
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=313

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**Fwd: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6:0 PM
to me                                               (21 hour

**Forwarded Conversation**
**Subject: [QCCTUWX6XU4C2K7O32WGCRJGPU] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+3266a3wtwtda107@google.com >
Date: Mon, Jun 23, 2025 at 8:50 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ

- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
    It appears in your source video from 0:10:21 to 0:11:43
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: aHo9YZ8o7bM

-----------------------------------

From: **YouTube Copyright** <youtube-disputes+3266a3wtwtda107@google.com>
Date: Wed, Jun 25, 2025 at 9:11 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi



You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ

- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aHo9YZ8o7bM
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=aHo9YZ8o7bM&t=121
    It appears in your source video from 0:10:21 to 0:11:43
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------

**Fwd: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 6:02 PM
to me                                               (21 hou

**Forwarded Conversation**
**Subject: [GSFNZNE2IW2YYS7RSS6QOQWZVM] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date: Mon, Jun 23, 2025 at 8:58 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.　We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:08 to 0:03:30
    : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
    It appears in your source video from 0:04:42 to 0:10:53
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of
    an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for
    making false or bad faith allegations of copyright infringement by using
    this process.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 1eX7du8Z2dc

---------------------------------

From: **YouTube Copyright** <youtube-disputes+0etb1a2ua5jqo07@google.com>
Date:  Wed,  Jun  25,  2025  at  9:26  AM
To: <tekniqvideos@gmail.com>

125



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

> Request resolved
>
> The content listed below has bee
>
> Videos in question:
>
> https://www.youtube.com/watch?v=
>
> _____
>
> We use a combination of automated systems and co
> process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be
  removed: https://www.youtube.com/watch?v=1eX7du8Z2dc
- Describe the work allegedly infringed: My video
    - Title of video: Riding Homemade Batman Bike of Indonesia
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:08 to 0:03:30
      : https://www.youtube.com/watch?v=1eX7du8Z2dc&t=188
      It appears in your source video from 0:04:42 to 0:10:53
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=282

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an
      exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or the law;
      and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making
      false or bad faith allegations of copyright infringement by using this process.
    - I understand that abuse of this tool will result in termination of my YouTube
      channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------

**Fwd: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                    Jul 16, 7:02 PM
to me                                               (21 hour

**Forwarded Conversation**
**Subject: [B2XADPJY3PG4IR3GQKLCQV2PZM] YouTube Copyright Complaint Submission**
-----------------------
From: YouTube Copyright <youtube-disputes+3f1a96sc3jbft07@google.com>
Date: Mon, Jun 23, 2025 at 9:05 PM
To: <tekniqvideos@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
- Describe the work allegedly infringed: My video
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121
    It appears in your source video from 0:10:21 to 0:11:43

: https://www.youtube.com/watch?v=ufQD9dDqDm8&t=621

- Country where copyright applies: AE
- I, in good faith state that:
    o I am the owner, or an agent authorized to act on behalf of the owner of
      an exclusive right that is allegedly infringed.
    o I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or the
      law; and
    o This notification is accurate.
    o I acknowledge that there may be adverse legal consequences for
      making false or bad faith allegations of copyright infringement by using
      this process.
    o I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or
account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:
Video IDs: 9Z7gweSm9qY

----------------------------------

From: **YouTube Copyright** <youtube-disputes+3f1a96sc3jbft07@google.com>
D a t e :   W e d ,   J u n   2 5 ,   2 0 2 5   a t   9 : 3 3   A M
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

T h a n k   y o u   f o r   y o u r   r e m o v a l   r e q u e s t .   W e ' v e   r e v i

```
Request resolved

The content listed below has bee

Videos in question:

https://www.youtube.com/watch?v=

_____

We use a combination of automated systems and
process removal requests.
```

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9Z7gweSm9qY
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:01 to 0:02:09
    : https://www.youtube.com/watch?v=9Z7gweSm9qY&t=121

It appears in your source video from 0:10:21 to 0:11:43
: https://www.youtube.com/watch?v=ufQD9dDgDm8&t=621
- Country where copyright applies: AE
- I, in good faith state that:
    - o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - o  This notification is accurate.
    - o  I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
    - o  I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-----------------------------------------------------------------------------------------------------------------------------

**Fwd: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint Submission**

Younes Ben Fredj                                      Jul 16, 7:02 PM
to me                                                 (21 hour

**Forwarded Conversation**
**Subject: [3C424ED46Z5SMP2ZPGXQPP4I5Y] YouTube Copyright Complaint Submission**
------------------------
From: YouTube Copyright <youtube-disputes+1on2zp3lx8imn07@google.com>
Date: Mon, Jun 23, 2025 at 9:15 PM
To: <tekniqvideos@gmail.com>



131

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements.   We will reply to this email when we You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
    - Timeless Production FZ-LLC E76 Dubai Production City
    - Dubai, Dubai 0000
    - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0
- Describe the work allegedly infringed: My video
    - Source of video: ufQD9dDqDm8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:53 to 0:01:58
      : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
      It appears in your source video from 0:00:47 to 0:04:44
      : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47

- Country where copyright applies: AE
- I, in good faith state that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

- o  I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Younes BEN FREDJ

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 tekniqvideos@gmail.com wrote:

Video IDs: d7ttWGCYVN0

----------------------------------

From: **YouTube Copyright** <youtube-disputes+1on2zp3lx8imn07@google.com>
Date: Wed, Jun 25, 2025 at 9:34 AM
To: <tekniqvideos@gmail.com>



Hi Younes Ben Fredj,

Thank you for your removal request. We've revi

> Request resolved
>
> The content listed below has bee
>
> Videos in question:
>
> https://www.youtube.com/watch?v=
>
> ----------------------------------

> We use a combination of automated systems and
> process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:
- Copyright Owner Name (Company Name if applicable): TEKNIQ
- Your Full Legal Name (Aliases, usernames or initials not accepted): Younes BEN FREDJ
- Your Title or Job Position (What is your authority to make this complaint?): Manager of the Company Managing Tekniq Channel
- Address:
  - Timeless Production FZ-LLC E76 Dubai Production City
  - Dubai, Dubai 0000
  - AE
- Username: Younes Ben Fredj
- Email Address: tekniqvideos@gmail.com
- Phone: 058 513 1609
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=d7ttWGCYVN0
- Describe the work allegedly infringed: My video
  - Title of video: Riding Homemade Batman Bike of Indonesia
  - Source of video: ufQD9dDqDm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:53 to 0:01:58
    : https://www.youtube.com/watch?v=d7ttWGCYVN0&t=113
    It appears in your source video from 0:00:47 to 0:04:44
    : https://www.youtube.com/watch?v=ufQD9dDqDm8&t=47

- Country where copyright applies: AE
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.

- o   I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- o   I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Younes BEN FREDJ

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Jun 23, 2025 YouTube Copyright

-------------------------------------------------------------------------------------------------------------