1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**
2  *Address:* **2414 S Garfield Avenue, Monterey Park, C A 91754**
3  *Phone:* **(818)-836-4976**
4  *Email:* **othmane.samie@gmail.com**
   **Attorney for Plaintiff**
5  **Timeless Production FZ LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**ALEXANDR VLADIMIROVICH VITVITSKIY,** AN INDIVIDUAL MANAGING THE YOUTUBE CHANNEL **MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA AND DOES 1-10, INCLUSIVE.**<br><br>Defendant. | Case No.: 3:25-cv-6186 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Timeless Production FZ LLC, by and through its undersigned counsel, states the following:

- Timeless Production FZ LLC is a nongovernmental corporate party.

1

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

- It has no parent corporation.
- No publicly held corporation owns 10% or more of its stock or membership interests.

This disclosure is made to assist the Court in evaluating possible disqualification or recusal.

Dated: July 23, 2025                                                    By: /s/ **Mohamed Othmane Samie**

MOHAMED OTHMANE SAMIE (**CSBN: 344269**)

Attorney for Plaintiff
Timeless Production FZ LLC