1  *Name:* **Mohamed Othmane Samie (CSBN: 344269)**

2  *Address:* **2414 S Garfield Avenue, Monterey Park, CA 91754**

3  *Phone:* **(818)-836-4976**

   Attorney for Plaintiff

4  Timeless Production FZ LLC

5              **UNITED STATES DISTRICT COURT**

6           **NORTHERN DISTRICT OF CALIFORNIA**

7  **TIMELESS PRODUCTION FZ**
8  **LLC., A UNITED ARAB**         **Case No.: 5:25-cv-06186-SVK**
   **EMIRATES LIMITED**
9  **LIABILITY COMPANY,**

10              Plaintiff,
                   v.
11
12 **Alexandr Vladimirovich**
   **Vitvitskiy, an individual residing**
   **in Ukraine, and managing the**
13 **YouTube channel MAD LAB,**
   **TRENDING MACHINE,**
14 **VIDÉOS PÉPITES, EL**
   **LOQUERO, 미친놈들 대방출,**
15 **EMOTIONSFABRIK, ハチャメ**
16 **チャ空間, ZONA INSANA and**
   **DOES 1-10, Inclusive**
17
18              Defendant.

19 **PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED**
20                    **MEMORANDUM OF LAW**

21 TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF

22 RECORD:

23 PLEASE TAKE NOTICE that Plaintiff Timeless Production FZ LLC ("Plaintiff") hereby

24 requests this Court, ex parte, for an order authorizing alternate service of process on Defendant

        PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
                        MEMORANDUM OF LAW

Alexandr Vladimirovich Vitvitskiy ("Defendant"), the operator and administrator of the monetized YouTube channels MAD LAB, Trending Machine, Vidéos Pépites, El Loquero, EMOTIONSFABRIK, ハチャメチャ空間, Zona Insana, and 미친놈들 대방출, who resides in Ukraine.

This motion is made on the grounds that alternate service by e-mail is both appropriate and necessary because (1) Defendants operate their business entirely online through YouTube's platform, manage their channels exclusively through Google accounts, and rely on electronic communications to administers, monetize, and maintain their operations (2) service through the Hague Service Convention is presently impracticable—Ukraine formally declared on September 3, 2022 that, due to ongoing Russian aggression and martial law, it cannot guarantee fulfilment of its Hague Convention obligations, rendering Hague service uncertain and effectively unavailable and (3) Plaintiff now possesses a verified, active Google subscriber email address for Defendant, smallishbeanslight@gmail.com obtained through subpoena No. 3:25-mc-80219. These facts establish that electronic service to this address is reliable, authenticated, and reasonably calculated to provide actual notice of this action.

This motion will be based on this Notice of Application, the accompanying Memorandum of Points and Authorities, the Declaration of Mohamed Othmane Samie, and all Exhibits filed herewith.

**Dated**: December 4, 2025          By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Attorney for Plaintiff
Timeless Production FZ LLC

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

# **TABLE OF CONTENTS**

I. INTRODUCTION ........................................................................................ 1

II. STATEMENT OF FACTS ......................................................................... 2

III. LEGAL STANDARD…………………………………………………5

IV. ARGUMENT ............................................................................................ 7

    A. The Court May Authorize Service Under Rule 4(f)(3). ............................. 7

    B. Email Service Is Not Prohibited by International Agreement. .................. 8

    C. Ukraine's September 3,2022 War Declaration Makes Hague Service Impossible. ... 9

    D. Email Service Satisfies Constitutional Due Process. ................................. 9

    E. Email Is the Method Most Likely to Reach Defendant. ............................ 10

V. CONCLUSION ......................................................................................... 11

iii

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

1

**TABLE OF AUTHORITIES**

2

**Cases**

3

4

**Rio Properties, Inc. v. Rio International Interlink,**

5

284 F.3d 1007, 1014–16 (9th Cir. 2002) .................................................................. 4

6

**Mullane v. Cent. Hanover Bank & Trust Co.,**

7

339 U.S. 306, 314 (1950) ...…................................................................................... 6

8

**Keck v. Alibaba.com, Inc.,**

9

No. 17-cv-05672, 2018 WL 3632160, at *4 (N.D. Cal. July 31, 2018) ................... 5

10

**Gurung v. Malhotra,**

11

12

279 F.R.D. 215, 219–20 (S.D.N.Y. 2011) ...…………............................................6

13

**FTC v. PCCare247 Inc.,**

14

2013 WL 841037, at *4 (S.D.N.Y. Mar. 7, 2013) .………...................................... 6

15

**Rio Properties,**

16

17

284 F.3d at 1017 ...................................................................................................... 6

18

**Popular Enterprises, LLC v. Webcom Media Group, Inc.,**

19

225 F.R.D. 560, 562 (E.D. Tenn. 2004) .................................................................. 5

20

**Chanel, Inc. v. Zhibing,**

21

22

2010 WL 1009981, at *4 (W.D. Tenn. Mar. 17, 2010). ...................................... 4, 5

23

24

iv

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED

MEMORANDUM OF LAW

**WhosHere, Inc. v. Orun,**

2014 WL 670817, at *4 (E.D. Va. Feb. 20, 2014) ……………………………..................... 6

**Gurung,**

279 F.R.D. at 220 …………………………….……………………………........ 6

**Mullane,**

339 U.S. at 314 …………………………….……………………………........ 6

**Rules**

| Rule | Title | Page(s) |
| --- | --- | --- |
| Fed. R. Civ. P. 4(f) | Serving an Individual in a Foreign Country | passim |
| Fed. R. Civ. P. 4(h)(2) | Serving a Foreign Corporation | 4 |

v

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED

MEMORANDUM OF LAW

Plaintiff Timeless Production FZ LLC, by and through undersigned counsel, hereby moves this Court for an order authorizing alternate service of process on Defendant Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine and operating the YouTube channels *MAD LAB, Trending Machine, Vidéos Pépites, El Loquero, EMOTIONSFABRIK, ハチャメチャ空間, Zona Insana,* and 미친놈들 대방출, and in support thereof states as follows:

## I. INTRODUCTION

1.  Plaintiff, Timeless Production FZ LLC, is a media production company that creates, edits, and distributes original videographic content featured on its Tekniq YouTube channel, including registered audiovisual works and copyrighted 2D artwork. Plaintiff's creative team produces distinctive, high-quality videos that draw a substantial international audience and form the foundation of Plaintiff's monetized online presence.

2.  Defendant Alexandr Vladimirovich Vitvitskiy is a foreign online operator who administers a network of highly popular and monetized YouTube channels, including MAD LAB, Trending Machine, Vidéos Pépites, El Loquero, EMOTIONSFABRIK, ハチャメチャ空間, Zona Insana, and 미친놊들 대방출. Defendant resides in Ukraine and operates entirely online through digital channels, where he systematically downloads Plaintiff's copyrighted Tekniq content, alters and re-uploads it, and monetizes it through YouTube's Partner Program to generate substantial revenue **(Exhibit A)**.

3.  Defendant is knowingly and deliberately reproducing, displaying, distributing, and monetizing Plaintiff's registered copyrighted works in this District and throughout the United States without authorization. His conduct includes removing or falsifying copyright-management information and submitting fraudulent DMCA counter-notices to YouTube, in

1

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1    which he falsely asserts ownership of Plaintiff's material and seeks to restore monetization of

2    infringing content.

3    4.    Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff requests an order authorizing

4    service of process on Defendant via electronic mail. Plaintiff now possesses a verified Google

5    subscriber email address, smallishbeanslight@gmail.com produced by Google in response to

6    a 17 U.S.C. § 512(h) subpoena.

7    5.    Alternate service by e-mail is appropriate and necessary in this case because Defendant (1)

8    operates exclusively through the Internet, (2) relies on the verified Google/YouTube account

9    email to administer, operate, and monetize his channels, and (3) resides in Ukraine, where

10    traditional service is impracticable because Ukraine's September 3, 2022 formal declaration

11    that it cannot fulfil its Hague Convention obligations renders postal or Hague-based methods

12    functionally unavailable.

13    6.    Plaintiff respectfully submits that authorizing service of process and service of all subsequent

14    filings via e-mail to the subpoena-verified Google subscriber email address will ensure that

15    Defendant promptly receives notice of this action and will allow this matter to proceed

16    efficiently without procedural delays caused by the unavailability of international service

17    channels.

18    7.    Absent the ability to serve Defendant by e-mail, Plaintiff would have no practical means of

19    providing notice, as Ukraine's suspension of Hague Convention operations has made

20    traditional service impossible.

21

22                                   **II. STATEMENT OF FACTS**

23    8.    Plaintiff Timeless Production FZ LLC ("Timeless" or "Plaintiff") is a United Arab Emirates–

24    based media production company that owns and distributes original audiovisual works on the

                                            2

PLAINTIFF'S   MOTION   FOR   ALTERNATIVE   SERVICE   AND   INCORPORATED
MEMORANDUM OF LAW

Tekniq YouTube channel. Plaintiff holds registered U.S. copyrights in hundreds of videos and related creative works, including the audiovisual and 2D artwork works infringed by Defendant in this action.

9. Defendant Alexandr Vladimirovich Vitvitskiy operates and administers a network of monetized YouTube channels—including MAD LAB, Trending Machine, Vidéos Pépites, El Loquero, EMOTIONSFABRIK, ハチャメチャ空間, Zona Insana, and 미친녺들 대방출— which collectively generate substantial revenue through the YouTube Partner Program. Defendant has systematically reproduced, copied, altered, and monetized Plaintiff's copyrighted Tekniq videos and registered 2D-artwork thumbnails without authorization. His conduct includes the removal and falsification of copyright-management information and the submission of fraudulent DMCA counter-notifications to YouTube in an effort to conceal his identity and restore monetization of infringing content.

10. Defendant submitted DMCA counter-notifications to YouTube under penalty of perjury claiming ownership over Tekniq content that belongs to Plaintiff **(Exhibit A)**. Although Defendant listed a physical address in Ukraine, service at that address is not feasible because Ukraine has formally declared that, due to ongoing Russian aggression and martial law, it cannot guarantee fulfillment of its Hague Service Convention obligations.

11. In response to Plaintiff's subpoena no. 3:25-mc-80219, Google LLC produced verified subscriber and account-administration information **(Exhibit B)** confirming that *smallishbeanslight@gmail.com* is the active, platform-verified email address used by Defendant to operate and control the infringing YouTube channels, establishing it as the authenticated and reliable point of contact for Defendants.

3

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

12. On September 3, 2022, Ukraine formally declared that, due to ongoing Russian aggression and the imposition of martial law, it cannot guarantee fulfilment of its Hague Service Convention obligations, rendering international service through Ukraine impossible **(Exhibit C)**. This governmental declaration makes traditional, Hague-compliant service unavailable as a matter of law and fact.

13. Defendant maintains no reliable physical office presence, conducts all monetized operations digitally through Google accounts, and actively controls his YouTube channels using the verified email address disclosed in Google's subpoena production. Defendant's business model exists entirely online, and his operational infrastructure is rooted exclusively within Google's ecosystem.

14. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff respectfully requests authorization to serve the summons and complaint via the subpoena-verified email address *smallishbeanslight@gmail.com*. Such service is (1) reasonably calculated to apprise Defendant of this action, (2) consistent with the requirements of due process, and (3) not prohibited by any international agreement, including the Hague Service Convention. *Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306, 314 (1950).

15. This motion is supported by the Memorandum of Points and Authorities, the Declaration of Mohamed Othmane Samie, and Exhibits A through D, which include Defendant's DMCA counter-notifications, Google's subpoena response, Ukraine's declaration regarding the impossibility of Hague service, and the electronic transmission test confirming the reliability of the service email address.

4

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

### III. LEGAL STANDARD

16. Federal Rule of Civil Procedure 4(f) governs service of process on individuals located outside the United States. Rule 4(f)(3) authorizes service on a foreign defendant "by other means not prohibited by international agreement, as the court orders," and stands on equal footing with the methods identified under Rules 4(f)(1) and 4(f)(2). *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1014–15 (9th Cir. 2002). Courts in this Circuit consistently hold that Rule 4(f)(3) provides broad judicial discretion to craft alternative service methods when traditional routes are impracticable or ineffective.

17. Rule 4(f)(3) imposes no hierarchical or sequential requirement. Plaintiffs are not required to first attempt service under the Hague Convention, nor must they exhaust other methods before seeking relief under Rule 4(f)(3). *Rio Properties*, 284 F.3d at 1015. The Rule "is neither a last resort nor extraordinary relief," but simply "one means among several" available for serving foreign defendants. Id.; see also *Viral DRM LLC v. Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Viral DRM LLC v. Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC (granting servicevia email on a defendant residing in Ukraine with no requirement to attempt Hague service first).

18. Courts in this District repeatedly hold that email service is not prohibited by the Hague Service Convention unless the destination country expressly objects to electronic service. *Keck*, 2018 WL 3632160, at 3; *Facebook, Inc. v. 9 Xiu Network (Shenzhen) Tech. Co.*, 480 F. Supp. 3d 977, 986–87 (N.D. Cal. 2020). The Hague Convention does not mention email, nor does it prohibit service through modern electronic means. *Williams-Sonoma, Inc. v. Friendfinder Inc.*, 2007 WL 1140639, at *2 (N.D. Cal. Apr. 17, 2007).

5

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

19. Ukraine's declarations to the Hague Convention do not prohibit service via email. See Hague Conference website, Ukraine Declarations; Thus, service via email to Defendant in Ukraine does not violate the Hague Convention.

20. Federal courts specifically evaluating service on Ukraine-based defendants have approved email service under similar circumstances. In *Viral DRM LLC v. Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Viral DRM LLC v. Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC, the Northern District of California authorized service via email on a YouTube operator residing in Ukraine after concluding that email service was both permissible and necessary. These decision squarely supports Plaintiff's request here.

21. Where geopolitical conditions render Hague procedures unavailable or impracticable, courts routinely authorize alternative service under Rule 4(f)(3). *Gurung v. Malhotra*, 279 F.R.D. 215, 219–20 (S.D.N.Y. 2011); *FTC v. PCCare247 Inc.*, 2013 WL 841037, at *4 (S.D.N.Y. Mar. 7, 2013).

22. Constitutional due process requires only that the method of service be "reasonably calculated, under all the circumstances, to apprise interested parties" of the litigation. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Courts have repeatedly held that email service satisfies due process where defendants operate online and regularly use the email address for their business. *Rio Properties*, 284 F.3d at 1017; *FTC v. PCCare247*.

23. Courts routinely authorize email service in cases involving foreign YouTube operators because email is "the method of service most likely to reach" defendants whose businesses exist entirely online. *Rio Properties*, 284 F.3d at 1017; *Popular Enters., LLC v. Webcom Media Grp., Inc.*, 225 F.R.D. 560, 562 (E.D. Tenn. 2004).

6

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

24. Federal courts consistently hold that where defendants operate online businesses and rely on email to manage those businesses, email is not only reasonably calculated to provide notice, but is the most effective and most reliable method available. *Rio Properties*, 284 F.3d at 1017–18; *Popular Enters.*, 225 F.R.D. at 562; *Viral DRM LLC v. Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Viral DRM LLC v. Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC (email service on Ukraine-based YouTube operator approved as "appropriate and necessary").

## IV. ARGUMENT

### A. The Court May Authorize Service Under Rule 4(f)(3)

25. Federal Rule of Civil Procedure 4(f)(3) authorizes service on a foreign defendant "by other means not prohibited by international agreement, as the court orders." The Ninth Circuit has made clear that Rule 4(f)(3) is not a last resort and does not require a party to exhaust service attempts under Rule 4(f)(1) or 4(f)(2) before seeking alternative service. *Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1014–15 (9th Cir. 2002). Instead, Rule 4(f)(3) stands "on equal footing" with other methods and provides district courts with broad discretion to craft service appropriate to the circumstances. *Keck v. Alibaba.com, Inc.*, 2018 WL 3632160, at *4 (N.D. Cal. July 31, 2018).

26. Courts within the Northern District of California routinely authorize electronic service on foreign operators who conduct online businesses, especially where physical service is impracticable or impossible. Most significantly, in *Viral DRM LLC v. Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Viral DRM LLC v. Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC, the Court granted email service on a copyright-infringing YouTube operator

7

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

residing in Ukraine under nearly identical factual circumstances. This case is directly on point and supports granting alternative service here.

27. Because Rule 4(f)(3) permits service where "the particularities and necessities of a given case require alternative service," *Rio Properties*, 284 F.3d at 1016, the Court has full authority to authorize service by email on Defendant Vitvitskiy.

**B. Email Service Is Not Prohibited by International Agreement**

28. The Hague Service Convention does not prohibit service by email unless the destination country expressly objects. Numerous courts in this District have recognized that email service is permitted under Rule 4(f)(3) because the Convention does not mention or forbid electronic communication. *Williams-Sonoma Inc. v. Friendfinder Inc.*, 2007 WL 1140639, at *2 (N.D. Cal. Apr. 17, 2007).

29. Ukraine has not objected to service by email under the Hague Convention. Its declarations object only to postal channels under Article 10(a). See Hague Conference—Ukraine Declarations. The Northern District of California in *Williams-Sonoma* and again in *Maryna Lietucheva* expressly recognized that Ukraine's Article 10 objections do not bar email service. Thus, nothing in the Hague Convention or Ukraine's declarations prohibits service by email.

30. Courts repeatedly hold that even where a country objects to service by postal channels, Rule 4(f)(3) still permits email service because email is not one of the methods enumerated in Article 10. Accordingly, email service is not prohibited by international agreement.

**C. Ukraine's September 3, 2022 War Declaration Makes Hague Service Impossible**

31. On September 3, 2022, Ukraine issued a formal diplomatic declaration stating that, due to the Russian Federation's ongoing military aggression and the imposition of martial law, it is

8

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

unable to guarantee fulfillment of its obligations under the Hague Service Convention. **(Exhibit C)**. This declaration renders Hague service impossible for the duration of the conflict.

32. Courts in this District have explicitly relied on Ukraine's war declaration to approve service by email. Because Ukraine cannot execute Hague service requests, traditional methods are "not feasible," and Rule 4(f)(3) alternative service is appropriate; *Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC.

33. Other courts likewise authorize alternative service where geopolitical conditions prevent completion of Hague procedures. *Gurung*, 279 F.R.D. at 219–20; *FTC v. PCCare247 Inc.*, 2013 WL 841037, at *4 (S.D.N.Y. Mar. 7, 2013). Given Ukraine's declaration rendering Hague service unavailable, physical service is legally impossible, and Rule 4(f)(3) is the only viable option.

**D. Email Service Satisfies Constitutional Due Process**

34. Constitutional due process requires that service be "reasonably calculated, under all the circumstances," to apprise the defendant of the action. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Courts consistently hold that email satisfies due process when the defendant conducts business online and uses the same email address in connection with the infringing activity. *Rio Properties*, 284 F.3d at 1017; *FTC v. PCCare247*, 2013 WL 841037, at *4; In re Int'l Telemedia Assocs.*, 245 B.R. 713, 721 (Bankr. N.D. Ga. 2000).

35. Defendant Vitvitskiy uses the email smallishbeanslight@gmail.com to administer and monetize multiple YouTube channels. Google's subpoena response **(Exhibit B)** confirms

9

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

that this email is the registered, active login credential for Defendant's channels, demonstrating ongoing, direct use.

36. Federal courts emphasize that when a defendant uses an email address to control an online account, service to that address is reasonably calculated to provide actual notice. *D. Light Design, Inc. v. Boxin Solar Co.*, 2015 WL 526835, at *1 (N.D. Cal. Feb. 6, 2015).

37. Plaintiff also conducted a transmission test through registered proof-of-delivery email **(Exhibit D)**, confirming that no bounce-backs occurred and that the inbox is active and capable of receiving notice. Courts routinely rely on such tests to uphold email service.

38. Given Defendant's exclusive online operations and continued use of the email address tied to his YouTube channels, email service more than satisfies Mullane's notice requirement.

**E.  Email Is the Method Most Likely to Reach Defendant**

39. Defendant conducts his business entirely online, uses YouTube/Google accounts as the core infrastructure of his operations, and communicates exclusively through the subpoena-verified email address smallishbeanslight@gmail.com. These facts place this case squarely within the large body of decisions concluding that email is the single most reliable method of providing notice. *Rio Properties*, 284 F.3d at 1017–18; *Popular Enters., LLC v. Webcom Media Grp., Inc.*, 225 F.R.D. 560, 562 (E.D. Tenn. 2004).

40. Because (1) the email address at issue is platform-verified; (2) Defendant uses it as the primary mail to operate and control the YouTube channels; (3) Google's subpoena response confirms ongoing active use; and (4) Ukraine's war declaration renders physical service impossible—email is the only method reasonably calculated to reach Defendant.

41. Courts repeatedly approve email service where the defendant has no reliable physical address, operates online, and relies on electronic communication to conduct business.

10

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

*Maryna Lietucheva*, No.: 3:23-cv-04300-JSC (N.D. Cal.) and *Yariskav Lepetyuk*, No.: 3:24-cv-00746-JSC. Those same conditions exist here, making email service the most practical, reliable, and constitutionally sound method.

### IV. CONCLUSION

42. In view of the foregoing, Plaintiff Plaintiff Timeless Production FZ LLC respectfully requests that this Court grant its motion for alternative service pursuant to Federal Rule of Civil Procedure 4(f)(3) and authorize service of the Complaint, Summons, and all subsequent filings and discovery in this matter upon Defendant Alexandr Vladimirovich Vitvitskiy exclusively by email to the subpoena-verified Google account address *smallishbeanslight@gmail.com* associated with his monetized YouTube channels, including MAD LAB, Trending Machine, Vidéos Pépites, El Loquero, EMOTIONSFABRIK, ハチャメチャ空間, Zona Insana, and 미친놈들 대방출.

43. Accordingly, Plaintiff respectfully requests authorization to effect service via email to the specific, subpoena-verified email address **smallishbeanslight@gmail.com**, which Defendant uses as the primary email to control and operate the infringing YouTube channels and which Google's subpoena response confirms as the active login and contact credential for his infringing YouTube channels.

44. Plaintiff therefore respectfully requests that the Court enter the Proposed Order authorizing service via the email address listed above and deeming service complete upon electronic transmission

**Dated**: December 4, 2025                    By:  /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Attorney for Plaintiff
Timeless Production FZ LLC
11

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED MEMORANDUM OF LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# <u>Exhibit A</u>

PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND INCORPORATED
MEMORANDUM OF LAW

**Re: [GKN6IAD73VY76TC3THJIMPEMLI] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+06md2fzsdugyk0h@google.com>    Fri, Jun 27, 7:21 AM

to me

_____



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](#).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=JQzx1q5WXVk](http://www.youtube.com/watch?v=JQzx1q5WXVk)

Display name of uploader: EMOTIONSFABRIK

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system mistake. Because I did not violate any YouTube rules or any rules in this video at all! I've double checked and my video does not contain the content that the complainant claims at all. None of the claimant's content could be found during 44:05 – 44:19. So I ask you to check the time period from 44:05 to 44:19 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of mistake in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you! Video link: [https://youtu.be/JQzx1q5WXVk](https://youtu.be/JQzx1q5WXVk)

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.


Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [E3CNUB3KBVSFT2GPNCKH5K4BD4] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+39sk1wd69r1e90h@google.com>    Jun 27, 2025, 7:25 AM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=HZyRA4DBvrE

Display name of uploader: ハチャメチャ空間

Hello! I believe that my video was undeservedly removed from YouTube due to some mistake in the system. Because I did not violate any YouTube rules or any rules at all! My video does not contain the content that the complainant claims during 23:22 – 23:45 and at all. I ask you to check the time period from 23:22 to 23:45 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. So I ask you to reconsider your decision and restore my video. Thank you! Video: https://youtu.be/HZyRA4DBvrE

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.


Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626


Help Center • Email Options


You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------

**Re: [E3CNUB3KBVSFT2GPNCKH5K4BD4] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+39sk1wd69r1e90h@google.com>      Jun 27, 2025, 7:25 AM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=HZyRA4DBvrE

Display name of uploader: ハチャメチャ空間

Hello! I believe that my video was undeservedly removed from YouTube due to some mistake in the system. Because I did not violate any YouTube rules or any rules at all! My video does not contain the content that the complainant claims during 23:22 – 23:45 and at all. I ask you to check the time period from 23:22 to 23:45 again manually and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. So I ask you to reconsider your decision and restore my video. Thank you! Video: https://youtu.be/HZyRA4DBvrE

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [B6RNCSY27HPMIKK6EDZ2HERZPI] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+1mxxmgo2gqey60h@google.com>    Fri, Jun 27, 2:09 PM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.
You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the

uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=MhxFPVvU64E

Display name of uploader: EL LOQUERO

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system mistake. Because I did not violate any YouTube rules or any rules in this video! For today, my video does not contain the content that the claimant claims at all. I ask you to check the time period from 30:14 to 30:16 again manually and make sure that there is not a single second that matches the content from the video provided by the claimant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you!

https://youtu.be/MhxFPVvU64E

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.


Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162
danielastark.c@gmail.com
099 206 2626

Help Center • Email Options


You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------------

**Re: [EBMFWC7X4QJKEUMUXKJWJKP7GM] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+0gao8mquedswf0h@google.com>     Jun 27, 2025, 8:04 PM

to me



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=HZEtFaCoSRw

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was unfairly removed from YouTube due to some system error. Because I did not violate any YouTube rules or any rules! As of today, my video does not contain the content that the complainant claims at all. I ask you to check the time period from 23:26 to 23:32 again and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162
danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-----------------------------------------------------------------------------------------------------------------------

**Re: [LTLZCOG2BMQFZISGBIVQ6DXARY] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+0t2oitfh5xqi70h@google.com>     Fri, Jun 27, 8:04 PM

to me



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=6O_VxZHXxNA

Display name of uploader: Trending Machine

Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube or other rules at all. The claimant claimed his rights only to 0.18% of my video, which is in fact just a few seconds from the whole 5640 seconds long video on my channel. And I used only a tiny piece solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context to educate and entertain people. Then I translated it into English from my native language to create a new voice-over from this final material. Then I edited all footage together in a specific order so that they match my voice-over from my script perfectly to provide the necessary context through commentary as much as possible. Also, I added music and audio effects to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast

Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Re: [RHD6E7UW5UVICDAV7TY5OTB6KQ] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+3agclsudaakrb0h@google.com>    Fri, Jun 27, 8:06 PM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=lNxTqFKo8Qg

Display name of uploader: 미친놈들 대방출

Hello! I believe that my video was unfairly removed from YouTube due to some kind of system error. Because I did not violate any YouTube rules or any rules in this video! For this moment, my video does not contain the content that the complainant claims at all. I ask you to check the time period from 16:00 to 16:04 again and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of mistake in the system and this copyright strike is not legitimate. I kindly ask you to reconsider your decision and restore my video. Thank you!
https://youtu.be/lNxTqFKo8Qg

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------

**Re: [KPN7FKZ4VO3DX2XC3FQFFIRGMQ] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+2xxlnf2z1nchb0h@google.com>    Fri, Jun 27, 8:06 PM

to me

▶ **YouTube**

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=COEcjH6H3Q4

Display name of uploader: Trending Machine

Hello! I believe that my video (link: https://youtu.be/COEcjH6H3Q4) was removed undeservedly from YouTube due to some error in the system. Because I did not violate any YouTube rules or any rules. Now my video does not contain the content that the claimant claims during 10:40 - 10:47 and at all! I ask you to check this time period from 10:40 to 10:47 again by a person, if previously it was an automatic check by a system, and make sure that there is not a single second that matches the content from the video provided by the complainant. Therefore, I am sure that there was some kind of glitch in the system and this copyright strike is not legitimate. I also want to add that this is the fourth strike on my channel in a very short period of time and in this strike claimed for content that is not even in the video sequence. It seems like the goal is to abuse me as a content creator through abuse of the mechanics of the YouTube platform. Therefore, I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast

Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------

**Re: [OWWYCNTDATVS5Y7TQMCKJGW34U] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+10qz51vnec7du0h@google.com>    Fri, Jun 27, 8:06 PM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=gq4rw5njvvs

Display name of uploader: ZONA INSANA

Hello! I believe that my video (https://youtu.be/gq4rw5njvvs) was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would have made up less than 0.1% of my video's running time, which is 2698 seconds. And I might have used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it to Portuguese language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I also used music and audio effects to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!
I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-----------------------------------------------------------------------------------------------------------------

**Re: [53LAQBUY2WIUMQRK7SJ7T64JHE] New Copyright Counter Notification**

YouTube Copyright <youtube-disputes+35krlm4ftkw520h@google.com>    Jun 26, 2025, 10:38 PM

to me

_____



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=rX5xiEEqWUY

Display name of uploader: EL LOQUERO

Hello! I believe that my video was undeservedly removed from YouTube due to some system error. Because I didn't violate any YouTube rules or any other rules in my video. My video is 1483 seconds long, and the claimant claimed his rights for only 7 seconds, which is just a 0.47% of the whole video duration! I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, etc. To comply with the requirements

63

of the Fair Use Doctrine, I wrote my own unique script full of specific commentary, translated it into English and then into Spanish to make an original voice over from this text. Afterwards, I edited all the footage to put frames together in a specific order so that they match my voice-over from my script completely and so that the spoken words accompany most of the moment in question to provide the necessary context through commentary. Moreover, I putted an overlay music over it to fully change the audio side of video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

### Re: [2VYPZKJYWUJXZPXSDQ4PQQSUDU] New Copyright Counter Notification

YouTube Copyright <youtube-disputes+3g8rhiul9k0eh0h@google.com>     Jun 26, 2025, 11:23 PM

to me

_____



We received a counter notification (below) in response to a [copyright removal request](#) that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to [copyright@youtube.com](mailto:copyright@youtube.com).

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our [Help Center](#).

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- [http://www.youtube.com/watch?v=x6pyI_dPPFs](http://www.youtube.com/watch?v=x6pyI_dPPFs)

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system error. Because I didn't violate any YouTube rules or any other rules at all! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would not have made up more than 0.35% of my video's running time, which is 3136 seconds. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific original commentary about certain video fragments to provide the necessary context. Then I translated it to French language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I used overlay music and audio effects to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.
Alexandr Vladimirovich Vitvitskiy
Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------------------

**Fwd: [OPVIEMNU2ITEXXX6SPU4WILPJU] New Copyright Counter Notification**

Younes Ben Fredj                                                                    Jul 16, 2025
to me                                                                              2:41 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+30ef4i2u5jtei0h@google.com>
Date: Wed, Jun 25, 2025 at 7:41 PM
Subject: Re: [OPVIEMNU2ITEXXX6SPU4WILPJU] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=lpLzYg456U4

Display name of uploader: MAD LAB

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system error. Because I didn't violate any YouTube rules or any other rules at all! As of today, my video does not contain the content that the claimant has claimed. If this content was in my video before, it would not have made up more than 0.22% of my video's running time, which is 1389 seconds. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific original commentary about certain video fragments to provide the necessary context. Then I translated it into English from my native language to create a brand new voice-over from this final commentary text material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary. I used overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these

changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------

**Fwd: [OCHMNC625YCM5NLN3EB7OHULQM] New Copyright Counter Notification**

Younes Ben Fredj                                                                 Jul 16, 2025
to me                                                                    2:41 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <<u>youtube-disputes+0moqg3zefxoky0h@google.com</u>>
Date: Thu, Jun 26, 2025 at 8:44 AM
Subject: Re: [OCHMNC625YCM5NLN3EB7OHULQM] New Copyright Counter Notification
To: <<u>teknniqvideos@gmail.com</u>>



We received a counter notification (below) in response to a <u>copyright removal request</u> that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to <u>copyright@youtube.com</u>.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our <u>Help Center</u>.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
- <u>http://www.youtube.com/watch?v=9Z7gweSm9qY</u>

Display name of uploader: Trending Machine

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system mistake. Because I didn't violate any YouTube or other rules. The claimant claimed his rights only to 0.5% of my video, which is in fact just a few seconds from the whole 1585 seconds video on my channel. And I used only a tiny piece (about 1%) of claimant's video in question solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context to

educate and entertain people. Then I translated it into English from my preferable language to create a brand new voice-over from this final commentary material. Then I edited all the footage together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-------------------------------------------------------------------------------------------------------------------

**Fwd: [6WJ6CX6NZMVL2V6XD3A4RIAWUQ] New Copyright Counter Notification**

Younes Ben Fredj                                    Jul 16, 2025
to me                                            2:43 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <<u>youtube-disputes+0yuykfd95nhui0h@google.com</u>>
Date: Thu, Jun 26, 2025 at 8:48 AM
Subject: Re: [6WJ6CX6NZMVL2V6XD3A4RIAWUQ] New Copyright Counter Notification
To: <<u>tekniqvideos@gmail.com</u>>



We received a counter notification (below) in response to a <u>copyright removal request</u> that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to <u>copyright@youtube.com</u>.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our <u>Help Center</u>.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- <u>http://www.youtube.com/watch?v=1eX7du8Z2dc</u>

Display name of uploader: ZONA INSANA

Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system error. Because I didn't violate any YouTube rules or any other rules at all! The claimant claimed his rights to about a 1,5% of my video, which is in fact just a few seconds from the whole 1425 seconds long video in question! And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives

examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into Portuguese from my preferable language to create a brand new voice-over from this final commentary material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I used some overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------

**Fwd: [UHY3PV3NYMYKH67WTQK2JE4R54] New Copyright Counter Notification**

Younes Ben Fredj                                                                 Jul 16, 2025
to me                                                                 2:43 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1b7ds9uaurxsc0h@google.com>
Date: Thu, Jun 26, 2025 at 8:55 AM
Subject: Re: [UHY3PV3NYMYKH67WTQK2JE4R54] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
- http://www.youtube.com/watch?v=S3CCdt4FjTI

Display name of uploader: VIDÉOS PÉPITES

Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules at all! My video is 1425 seconds long in total, and the claimant claimed his rights to about a 1,5% of it, which is in fact just a few seconds! And I used that tiny piece of video content solely for commentary

purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script from scratch and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into French language from my native language to create a brand new voice-over from this text material. Then I edited all the footages together in a specific order using only specific frames so that they match my voice-over from my script perfectly and so that the spoken words accompany the video content to provide the necessary context through commentary, as long as possible. Also, I putted some overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---------------------------------------------------------------------------------------------------------------------

**Fwd: [JDU7KPKVNXDJQBMQMSCSFPG5EQ] New Copyright Counter Notification**

Younes Ben Fredj                                                                  Jul 16, 2025
to me                                                                            2:43 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+10dag22psfsrw0h@google.com>
Date: Thu, Jun 26, 2025 at 9:00 AM
Subject: Re: [JDU7KPKVNXDJQBMQMSCSFPG5EQ] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=cGebANZ1MnA

Display name of uploader: EMOTIONSFABRIK
Hello! I believe that my video was undeservedly removed from YouTube due to some kind of system mistake. Because I didn't violate any YouTube rules! The claimant claimed his rights to 0,5% of my video, which is in fact just a few seconds from the whole 1585 seconds long

video on my channel and only about a 1% of claimant's original content in question. And I used that tiny piece of video content solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into English, and then into German language to create a brand new voice-over from this final commentary material. Then I edited all the footages together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



76

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

---------------------------------------------------------------------------------------------------------------------

### Fwd: [M5UYNBPNMSFCKR3EEHNTB6CK44] New Copyright Counter Notification

Younes Ben Fredj                                                                    Jul 16, 2025
to me                                                                    2:44 PM (18 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <<u>youtube-disputes+18gmbw5y2utl50h@google.com</u>>
Date: Thu, Jun 26, 2025 at 9:05 AM
Subject: Re: [M5UYNBPNMSFCKR3EEHNTB6CK44] New Copyright Counter Notification
To: <<u>tekniqvideos@gmail.com</u>>



We received a counter notification (below) in response to a <u>copyright removal request</u> that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to <u>copyright@youtube.com</u>.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our <u>Help Center</u>.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- <u>http://www.youtube.com/watch?v=aHo9YZ8o7bM</u>

Display name of uploader: ハチャメチャ空間

Hello! I believe that my video was undeservedly removed from YouTube due to some system mistake. Because I didn't violate any YouTube rules or any other rules! My video is 1585

seconds long in total, and the claimant claimed his rights to about 0,5% of it, which is just a few seconds! And I used that tiny piece of content (about 1% of claimant's video) solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote my own original script and made it full of specific commentary about certain video fragments to provide the necessary context. Then I translated it into English, to make further translation into Japanese possible and to create a brand new voice-over from this final text material. Then I edited all the footages together in a specific order using only specific frames so that they match my voice-over from my script perfectly and so that the spoken words accompany the video content to provide the necessary context through commentary, as long as possible. Finally, I used overlay music and audio effects over it to fully change the audio side of the video and I did some visual effects between moment and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com

099 206 2626
Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

-----------------------------------------------------------------------------------------------------------

**Fwd: [NINCA36NGR3MRTS45KKBA6F3KI] New Copyright Counter Notification**

Younes Ben Fredj                                                                    Jul 16, 2025
to me                                                                              2:45 PM (19 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2r5oz2urwihbc0h@google.com>
Date: Thu, Jun 26, 2025 at 9:11 AM
Subject: Re: [NINCA36NGR3MRTS45KKBA6F3KI] New Copyright Counter Notification
To: <tekniqvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.
- The YouTube Team

Counter Notification as follows:
Videos included in counter notification:
- http://www.youtube.com/watch?v=d7ttWGCYVN0

Display name of uploader: 미친놈들 대방출

Hello! I believe that my video was removed undeservedly from YouTube due to system error, because I didn't violate any YouTube or other rules! More specifically, the claimant claimed

79

his rights to a tiny part of it - less than 0.35% of my video, which is a few completely changed seconds from the whole 1585 seconds long video on my channel. And I used that tiny piece of video (less than 1% of claimant's content in question) solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, scholarship, teaching, etc. To comply with the requirements of the Fair Use Doctrine, I wrote the new script and made it full of specific commentary about certain video fragments to provide the new context in my video. I manually translated it into English and then into Korean to create a brand new voice-over record from this final version of my own commentary material. Then I edited all the footages together in a specific order so that they match my voice-over perfectly to provide the necessary context for every footage. Also, I specifically choose overlay music for each part of my video and put audio effects over it to fully change the audio side of my video. And I did visual effects between moments and on the frames to change the visual side of it. After all these changes, my video can't replace the claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value and I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

--------------------------------------------------------------------------------------------------------------------

**Fwd: [EBEYMKXK5PVR5LNRNL4BS2HAYM] New Copyright Counter Notification**

Younes Ben Fredj                                                                 Jul 16, 2025
to me                                                                       2:45 PM (19 hours ago)

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+212osfli4t1q70h@google.com>
Date: Thu, Jun 26, 2025 at 12:51 PM
Subject: Re: [EBEYMKXK5PVR5LNRNL4BS2HAYM] New Copyright Counter Notification
To: <teknigvideos@gmail.com>



We received a counter notification (below) in response to a copyright removal request that
you submitted. A counter notification is a legal request for YouTube to reinstate a video that
was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must
include evidence that you've taken legal action against the uploader** to keep the content
from being reinstated to YouTube. Usually, evidence would include a lawsuit against the
uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the
alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply
to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be
reinstated to YouTube. You can find more information about the legal action you must take
and what evidence is acceptable in our Help Center.
- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:
  • http://www.youtube.com/watch?v=UjZvC4D10kQ
Display name of uploader: Trending Machine
Hello! I believe that my video was undeservedly removed from YouTube due to some system
mistake. Because I didn't violate any YouTube or other rules at all. The claimant claimed his

rights only to 0.45% of my video, which is in fact just a 7 seconds from the whole 1539 seconds video on my channel. And I used only a tiny piece (less than 1%) of claimant's video in question solely for commentary purposes to create a brand new entertaining and educational content under section 107 of the Copyright Act 1976. And the Copyright Act's Section 107 provides the statutory framework for determining whether something is a fair use and gives examples of certain types of uses which are identified as activities that may be considered fair use — such as criticism, comment, news reporting, teaching, scholarship, etc. To comply with the requirements of the Fair Use Doctrine, I wrote a new script and made it full of specific commentary about certain video fragments to provide the necessary context to educate and entertain the viewers. Then I translated it into English from my preferable language to create a new voice-over from this final commentary material. Afterwards, I edited all the footage together in a specific order so that they match my voice-over from my script perfectly and the spoken words accompany the video content to provide the necessary context through commentary as much as possible. Also, I added music and audio effects over it to fully change the audio side of the video and I did some visual effects between video moments and on the frames to change the visual side of it. After all these changes, my video can't replace claimant's original content in any way, which is also a huge part of the Fair Use Doctrine requirement. Now my video is a completely new content that has become a new intellectual value. And I will protect my rights to this intellectual value in every possible way! So I ask you to reconsider your decision and restore my video. Thank you!

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexandr Vladimirovich Vitvitskiy

Alexandr Vladimirovich Vitvitskiy
Mashynobudivnykiv St, 6b
Chabany
Kyiv Oblast
Ukraine
08162

danielastark.c@gmail.com
099 206 2626

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# EXHIBIT-B

**Google Subpoena Production: Verified Channel Ownership and Access Information**

| Channel Name | YouTube URL | Channel ID | Verified Email | Role / Access Level |
|---|---|---|---|---|
| **MAD LAB** | www.youtube.com/@mad_lab | UCen0ko30XIeN5IARS3E_Znw | smallishbeanslight@gmail.com | Primary Owner |
| **Trending Machine** | www.youtube.com/@trending.machine | UCCfpI5ggGDPkD0F0Qfsbdpw | smallishbeanslight@gmail.com | Primary Owner |
| **VIDÉOS PÉPITES** | www.youtube.com/@VIDÉOS_PÉPITES | UCKwYdoq60bomRipbJh5R4iQ | smallishbeanslight@gmail.com | Primary Owner |
| **EL LOQUERO** | www.youtube.com/@elloqueroyt | UCzzzCufaIhQen0X9ufii0HQ | smallishbeanslight@gmail.com | Primary Owner |
| **미친놈들 대방출** (Crazy Guys Released) | www.youtube.com/@미친놈들대방출 | UChk6UeEySkahDPugTNBHG_g | smallishbeanslight@gmail.com | Primary Owner |
| **EMOTIONSFABRIK** | www.youtube.com/@EMOTIONSFABRIK | UCRD3EPSO6TBdIQGui-qiMqg | smallishbeanslight@gmail.com | Primary Owner |
| **ハチャメチャ空間** (Crazy Space) | www.youtube.com/@ハチャメチャ空間 | UCTUHN-d0rujv4DZI-sEY53A | smallishbeanslight@gmail.com | Primary Owner |
| **ZONA INSANA** | www.youtube.com/@ZONA_INSANA | UCKfpak7GzDYi4Zb4O1mJvEw | smallishbeanslight@gmail.com | Primary Owner |

**EXHIBIT-C**

# DECLARATION/RESERVATION/NOTIFICATION

Declarations

Articles:

*01-12-2023*

[The aforementioned treaty is] implemented on the territory of Ukraine in full, with the exception of the territories where hostilities are (were) conducted or temporarily occupied I Russian Federation, on which it is impossible to fully guarantee the Ukrainian Party's fulfillment of its obligations under [this treaty] as a result of the armed aggression of the R Federation against Ukraine, as well as the introduction of martial law on the territory of Ukraine until the complete cessation of encroachment on the sovereignty, territorial integrit inviolability of the borders of Ukraine.

The regularly updated list of territories where hostilities are (were) conducted, or temporarily occupied by the Russian Federation is at the link below:
https://zakon.rada.gov.ua/laws/show/z1668-22#Text

*09-03-2022*

In view of the ongoing aggression of the Russian Federation against Ukraine, Ukraine hereby informs the Depositary [...] of the inability to guarantee the fulfilment by the Ukrainian s obligations [under the above Convention] to the full extent for the period of the armed aggression of the Russian Federation and the martial law in place in the territory of Ukraine complete termination of the encroachment upon the sovereignty, territorial integrity and inviolability of Ukraine.

*16-10-2015*

In February 2014 the Russian Federation launched armed aggression against Ukraine and occupied a part of the territory of Ukraine – the Autonomous Republic of Crimea and the Sevastopol, and today exercises effective control over certain districts of the Donetsk and Luhansk oblasts of Ukraine. These actions are in gross violation of the Charter of the U Nations and constitute a threat to international peace and security. The Russian Federation, as the Aggressor State and Occupying Power, bears full responsibility for its actions and consequences under international law.

The United Nations General Assembly Resolution A/RES/68/262 of 27 March 2014 confirmed the sovereignty and territorial integrity of Ukraine within its internationally recognized bo The United Nations also called upon all States, international organizations and specialized agencies not to recognize any alteration of the status of the Autonomous Republic of Crime the city of Sevastopol.

In this regard, Ukraine states that from 20 February 2014 and for the period of temporary occupation by the Russian Federation of a part of the territory of Ukraine - the Autonc Republic of Crimea and the city of Sevastopol - as a result of the armed aggression of the Russian Federation committed against the Ukraine and until the complete restoration constitutional law and order and effective control by Ukraine over such occupied territory, as well as over certain districts of the Donetsk and Luhansk oblasts of Ukraine, whic temporarily not under control of Ukraine as a result of the aggression of the Russian Federation, the application and implementation by Ukraine of the obligations under the Conventions, as applied to the aforementioned occupied and uncontrolled territory of Ukraine, is limited and is not guaranteed.

Documents or requests made or issued by the occupying authorities of the Russian Federation, its officials at any level in the Autonomous Republic of Crimea and the city of Sevastop by the illegal authorities in certain districts of the Donetsk and Luhansk oblasts of Ukraine, which are temporarily not under control of Ukraine, are null and void and have no legal regardless of whether they are presented directly or indirectly through the authorities of the Russian Federation.

The provisions of the Conventions regarding the possibility of direct communication or interaction do not apply to the territorial organs of Ukraine in the Autonomous Republic of C and the city of Sevastopol, as well as in certain districts of the Donetsk and Luhansk oblasts of Ukraine, which are temporarily not under control of Ukraine. The procedure of the re communication is determined by the central authorities of Ukraine in Kyiv.

**EXHIBIT-D**

 Outlook

## Receipt: Confirmation of Contact – Timeless Productions FZ LLC v. Alexandr Vladimirovich Vitvitskiy,

**From** Receipt <receipt@r1.rpost.net>
**Date** Sat 2025-11-29 6:08 PM
**To** Michael Medina <michael.medina@samielawfirm.com>

📎 2 attachments (114 KB)
DeliveryReceipt.xml; HtmlReceipt.htm;

 

This receipt contains verifiable proof of your RPost transaction.
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---------|--------|---------|------------------|-------------------|----------------|
| smallishbeanslight@gmail.com | Delivered to Mail Server | relayed;gmail-smtp-in.l.google.com (173.194.76.27) | 11/30/2025 12:12:49 AM (UTC) | 11/29/2025 04:12:49 PM (UTC -08:00) | |
| michael.medina@samielawfirm.com | Delivered to Mailbox | Delivery confirmed by recipient mail server at NETORGFT15761119.onmicrosoft.com | 11/30/2025 12:08:39 AM (UTC) | 11/29/2025 04:08:39 PM (UTC -08:00) | |
| othmane.samie@gmail.com | Delivered to Mail Server | relayed;gmail-smtp-in.l.google.com (173.194.76.27) | 11/30/2025 12:12:49 AM (UTC) | 11/29/2025 04:12:49 PM (UTC -08:00) | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| From: | michael.medina@samielawfirm.com <michael.medina@samielawfirm.com> |
|-------|------------------------------------------------------------------|
| Subject: | Confirmation of Contact – Timeless Productions FZ LLC v. Alexandr Vladimirovich Vitvitskiy, |
| To: | <smallishbeanslight@gmail.com> |
| Cc: | <michael.medina@samielawfirm.com> |
| Bcc: | <othmane.samie@gmail.com> |
| Network ID: | 2bb0494f-4860-4273-874f-87c5c6861175@SM25 |
| Received by RMail System: | 11/30/2025 12:08:36 AM (UTC), 11/29/2025 04:08:36 PM (UTC -08:00) (Local) |
| Client Code: | |

### Message Statistics

| Tracking Number: | 91BBCD6B9EC7790D35F09800B3EA56CE46A85315 |
|------------------|------------------------------------------|
| Message Size: | 1844 |
| Features Used: |  |

### Delivery Audit Trail

11/30/2025 12:12:48 AM starting gmail.com/{default} 11/30/2025 12:12:48 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) 11/30/2025 12:12:48 AM connected from 192.168.10.11:37321 11/30/2025 12:12:48 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-STARTTLS 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< STARTTLS 11/30/2025 12:12:48 AM >>> 220 2.0.0 Ready to start TLS 11/30/2025 12:12:48 AM tls: TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 11/30/2025 12:12:48 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< MAIL FROM: BODY=8BITMIME 11/30/2025 12:12:48 AM >>> 250 2.1.0 OK ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:48 AM <<< RCPT TO: 11/30/2025 12:12:48 AM >>> 250 2.1.5 OK ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:48 AM <<< DATA 11/30/2025 12:12:48 AM >>> 354 Go ahead ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:48 AM <<< . 11/30/2025 12:12:49 AM >>> 250 2.0.0 OK 1764461569 ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:49 AM <<< QUIT 11/30/2025 12:12:49 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-42e1ca9e2a6si3814736f8f.1233 - gsmtp 11/30/2025 12:12:49 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=779 out=11004 11/30/2025 12:12:49 AM done gmail.com/{default}

11/30/2025 12:08:36 AM starting samielawfirm.com/{default} 11/30/2025 12:08:36 AM connecting from mta21.r1.rpost.net (0.0.0.0) to samielawfirm-com.mail.protection.outlook.com (52.101.11.17) 11/30/2025 12:08:37 AM connected from 192.168.10.11:41351 11/30/2025 12:08:37 AM >>> 220 SN1PEPF000397B1.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Sun, 30 Nov 2025 00:08:36 +0000 [08DE2E9CFDFFC526] 11/30/2025 12:08:37 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:08:37 AM >>> 250-SN1PEPF000397B1.mail.protection.outlook.com Hello [52.58.131.9] 11/30/2025 12:08:37 AM >>> 250-SIZE 157286400 11/30/2025 12:08:37 AM >>> 250-PIPELINING 11/30/2025 12:08:37 AM >>> 250-DSN 11/30/2025 12:08:37 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:08:37 AM >>> 250-STARTTLS 11/30/2025 12:08:37 AM >>> 250-8BITMIME 11/30/2025 12:08:37 AM >>> 250-BINARYMIME 11/30/2025 12:08:37 AM >>> 250-CHUNKING 11/30/2025 12:08:37 AM >>> 250 SMTPUTF8 11/30/2025 12:08:37 AM <<< STARTTLS 11/30/2025 12:08:37 AM >>> 220 2.0.0 SMTP server ready 11/30/2025 12:08:37 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 11/30/2025 12:08:37 AM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Cloud Services CA-1; verified=no 11/30/2025 12:08:37 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:08:37 AM >>> 250-SN1PEPF000397B1.mail.protection.outlook.com Hello [52.58.131.9] 11/30/2025 12:08:37 AM >>> 250-SIZE 157286400 11/30/2025 12:08:37 AM >>> 250-PIPELINING 11/30/2025 12:08:37 AM >>> 250-DSN 11/30/2025 12:08:37 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:08:37 AM >>> 250-8BITMIME 11/30/2025 12:08:37 AM >>> 250-BINARYMIME 11/30/2025 12:08:37 AM >>> 250-CHUNKING 11/30/2025 12:08:37 AM >>> 250 SMTPUTF8 11/30/2025 12:08:37 AM <<< MAIL FROM: BODY=8BITMIME RET=FULL 11/30/2025 12:08:37 AM >>> 250 2.1.0 Sender OK 11/30/2025 12:08:37 AM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 11/30/2025 12:08:38 AM >>> 250 2.1.5 Recipient OK 11/30/2025 12:08:38 AM <<< DATA 11/30/2025 12:08:38 AM >>> 354 Start mail input; end with . 11/30/2025 12:08:38 AM <<< . 11/30/2025 12:08:39 AM >>> 250 2.6.0 [InternalId=9740985829035, Hostname=SN7PR06MB9135.namprd06.prod.outlook.com] 20139 bytes in 0.164, 119.465 KB/sec Queued mail for delivery 11/30/2025 12:08:39 AM <<< QUIT 11/30/2025 12:08:39 AM >>> 221 2.0.0 Service closing transmission channel 11/30/2025 12:08:39 AM closed samielawfirm-com.mail.protection.outlook.com (52.101.11.17) in=924 out=10592 11/30/2025 12:08:39 AM done samielawfirm-com.mail.protection.outlook.com (52.101.11.17) in=924 out=10592 11/30/2025 12:08:39 AM done samielawfirm.com/{default}

11/30/2025 12:12:48 AM starting gmail.com/{default} 11/30/2025 12:12:48 AM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (173.194.76.27) 11/30/2025 12:12:48 AM connected from 192.168.10.11:52163 11/30/2025 12:12:48 AM >>> 220 mx.google.com ESMTP ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-STARTTLS 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< STARTTLS 11/30/2025 12:12:48 AM >>> 220 2.0.0 Ready to start TLS 11/30/2025 12:12:48 AM tls: TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 11/30/2025 12:12:48 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services/CN=WR2; verified=no 11/30/2025 12:12:48 AM <<< EHLO mta21.r1.rpost.net 11/30/2025 12:12:48 AM >>> 250-mx.google.com at your service, [52.58.131.9] 11/30/2025 12:12:48 AM >>> 250-SIZE 157286400 11/30/2025 12:12:48 AM >>> 250-8BITMIME 11/30/2025 12:12:48 AM >>> 250-ENHANCEDSTATUSCODES 11/30/2025 12:12:48 AM >>> 250-PIPELINING 11/30/2025 12:12:48 AM >>> 250-CHUNKING 11/30/2025 12:12:48 AM >>> 250 SMTPUTF8 11/30/2025 12:12:48 AM <<< MAIL FROM: BODY=8BITMIME 11/30/2025 12:12:48 AM >>> 250 2.1.0 OK ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:48 AM <<< RCPT TO: 11/30/2025 12:12:48 AM >>> 250 2.1.5 OK ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:48 AM <<< DATA 11/30/2025 12:12:48 AM >>> 354 Go ahead ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:48 AM <<< . 11/30/2025 12:12:49 AM >>> 250 2.0.0 OK 1764461569 ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:49 AM <<< QUIT 11/30/2025 12:12:49 AM >>> 221 2.0.0 closing connection ffacd0b85a97d-42e1ca9e23bsi3773278f8f.1224 - gsmtp 11/30/2025 12:12:49 AM closed gmail-smtp-in.l.google.com (173.194.76.27) in=779 out=10989 11/30/2025 12:12:49 AM done gmail.com/{default}

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27)

From:postmaster@NETORGFT15761119.onmicrosoft.com:Your message has been delivered to the following recipients: michael.medina @samielawfirm.com Subject: Registered: Confirmation of Contact – Timeless Productions FZ LLC v. Alexandr Vladimirovich Vitvitskiy,

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in.l.google.com (173.194.76.27)

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                          An RPost® Technology