1

2

**Samie Law Firm**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

3

**(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

4

5

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

6

7

8

**TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**

Case No.: 5:25-cv-06186-SVK

9

Plaintiff,

10

v.

11

12

13

14

15

16

17

**Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine, and managing the YouTube channel MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA and DOES 1-10, Inclusive**

Defendant.

**NOTICE OF STATUS RE: PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

**Hearing Date:** February 10, 2026

**Hearing Time:** 9:30 AM

**Location:** Through Videoconference before Judge Susan van Keulen, United States Magistrate.

18

19

20

21

22

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff Timeless Production FZ LLC respectfully submits this Notice of Status regarding its pending Administrative Motion for Order Authorizing Alternative Service via Email pursuant to Federal Rule of Civil Procedure 4(f)(3), filed on December 4, 2025 (ECF No. 15).

23

24

i

To date, the Court has not issued a ruling on the motion, and no hearing or further briefing appears scheduled on the matter. As this motion directly concerns effectuating service on the Defendant and is referenced in the Court's Clerk's Notice dated November 13, 2025 (ECF No. 14), timely resolution is necessary to enable the case to proceed.

Plaintiff respectfully inquires as to the status of the pending motion and whether the Court anticipates issuing a ruling in advance of the next scheduled Case Management Conference on February 10, 2026.

Plaintiff remains available to provide any further materials or clarification the Court may require and appreciates the Court's consideration of the pending request.

Executed this on 28th of January, 2026

Respectfully Submitted

By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

ii

NOTICE OF STATUS