**Samie Law Firm**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine, and managing the YouTube channel MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA and DOES 1-10, Inclusive**<br><br>Defendant. | **Case No.: 5:25-cv-06186-SVK**<br><br>**Hearing Date:** February 10, 2026<br><br>**Hearing Time:** 9:30 AM<br><br>**Hearing Location:** Through Videoconference before Magistrate Judge Susan van Keulen, United States Magistrate Judge. |

### DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PROOF OF SERVICE BY EMAIL PURSUANT TO COURT ORDER

I, Mohamed Othmane Samie, declare under penalty of perjury:

1

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF SERVICE BY EMAIL

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California. I am counsel of record for Plaintiff Timeless Production FZ LLC ("Plaintiff") in the above-captioned matter.

2. On January 29, 2026, the Court entered an Order Granting Plaintiff's Motion for Alternative Service pursuant to Federal Rule of Civil Procedure 4(f)(3), authorizing service of process on Defendant Alexandr Vladimirovich Vitvitskiy by email (Exhibit A).

3. On February 2, 2026, my office served Defendant Alexandr Vladimirovich Vitvitskiy by email pursuant to the Court's Order by sending true and correct copies of the following documents to smallishbeanslight@gmail.com.

   A. Summon Issued

   B. Complaint filed on July 23, 2025

   C. Order Granting Plaintiff's Motion for Alternative Service entered January 29, 2026.

4. The email service referenced above was transmitted via Registered Email™ / Certified Delivery (RPost) from michael.medina@samielawfirm.com to smallishbeanslight@gmail.com.

5. A true and correct copy of the service email reflecting transmission and the attached documents is attached hereto as Exhibit A.

6. Based on the foregoing, service of the Summons and Complaint (and the Court's January 29, 2026 Order) was completed on Defendant Alexandr Vladimirovich Vitvitskiy by email in compliance with the Court's Order and Fed. R. Civ. P. 4(f)(3).

2

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF SERVICE BY EMAIL

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January, 2026

Respectfully Submitted

By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

3

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF SERVICE BY EMAIL