1 | **Samie Law Firm (CSBN: 344269)**
2 | **2414 S Garfield Avenue, Monterey Park, CA 91754**
3 | **(818)-836-4976**
  | Attorney for Plaintiff, Timeless Production FZ LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br>v.<br>Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine, and managing the YouTube channel MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA and DOES 1-10, Inclusive<br><br>Defendant. | Case No.: 5:25-cv-06186-SVK<br><br>NOTICE OF ERRATA RE: PLAINTIFF'S UNILATERAL CASE MANAGEMENT STATEMENT<br><br>**Hearing Date:** May 12, 2026<br><br>**Hearing Time:** 9:30 A.M<br><br>**Location:** Through Videoconference before the Hon'ble Magistrate Judge Susan van Keulen, United States Magistrate Judge |

Plaintiff Timeless Production FZ LLC respectfully submits this Notice of Errata in connection with its Plaintiff's Unilateral Case Management Statement, filed on February 3, 2026.

1. In the Unilateral Case Management Statement filed at ECF No. 19**,** Plaintiff inadvertently identified the Initial Case Management Conference ("CMC") date as February 10, 2026**.**

1

NOTICE OF ERRATA

2. Plaintiff respectfully submits this Notice of Errata to clarify the correct Initial Case Management Conference date and hereby submits a corrected Plaintiff's Unilateral Case Management Statement, attached hereto as **Exhibit A**, which accurately reflects the Initial CMC date of May 12, 2026 at 9:30 a.m**.** Plaintiff respectfully requests that the Court accept Attachment A for purposes of completeness and clarity of the record

Executed this 6th Day of February 2025                               Respectfully Submitted

By: /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

**NOTICE OF ERRATA**