**Samie Law Firm**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

 Attorney for Plaintiff, Timeless Production FZ LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>      Plaintiff,<br><br>          v.<br><br>**Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine, and managing the YouTube channel MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA and DOES 1-10, Inclusive**<br>          Defendant | **Case No.: 5:25-cv-06186-SVK**<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT**<br><br>**Hearing Date:** May 12, 2026<br><br>**Hearing Time:** 9:30 AM<br><br>**Location:** Through Videoconference Before Hon. Magistrate Susan van Keulen, United States Magistrate Judge |

TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Timeless Production FZ LLC hereby requests that the Clerk of the above-entitled Court enter default against Defendant Alexandr Vladimirovich Vitvitskiy on the ground that Defendant has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff filed the Complaint in this action on July 23, 2025. Defendant Alexandr Vladimirovich Vitvitskiy was served on February 02, 2026 via court-authorized alternative service by email smallishbeanslight@gmail.com pursuant to Federal Rule of Civil Procedure 4(f)(3) as reflected in the Certificate of Service/Proof of Service filed at ECF No. 18 (Exhibit A). Under FRCP 12(a)(1)(A)(i), the response is due 21 days after service i.e February 23, 2026. Defendant Alexandr Vladimirovich Vitvitskiy has failed to file any responsive pleading or otherwise defend this action, and the time to do so has expired.

The foregoing facts are set forth in the accompanying Declaration of Mohamed Othmane Samie, filed herewith. Accordingly, Plaintiff respectfully requests that the Clerk enter default against Defendant Alexandr Vladimirovich Vitvitskiy.

Executed this 26th  day of February ,2026

Respectfully Submitted

By:  /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

# EXHIBIT-A

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

TIMELESS PRODUCTION FZ LLC., A UNITED ARAB
    EMIRATES LIMITED LIABILITY COMPANY

---
*Plaintiff(s)*

v.

ALEXANDR VLADIMIROVICH VITVITSKIY, AN
INDIVIDUAL MANAGING THE YOUTUBE CHANNEL
MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES,
EL LOQUERO,              , EMOTIONSFABRIK,

---
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:25-cv-6186

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexandr Vladimirovich Vitvitskiy
ADDRESS: Mashynobudivnykiv Street, Building 6b
Chabany
Kyiv Oblast
08162
Ukraine

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Name: Mohamed Othmane Samie (CSBN: 344269)
Address: 2414 S Garfield Avenue, Monterey Park, C A 91754
Phone: (818)-836-4976
Email: othmane.samie@gmail.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:  7/30/2025 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:25-cv-06186-SVK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Alexandr Vladimirovich Vitvitskiy

was received by me on *(date)*                                   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*  Served via court-authorized alternative service by email pursuant to Federal Rule of Civil Procedure 4(f)(3) and the Court's Order entered on January 29, 2026. On February 2, 2026, I served the Summons, Complaint, and the Court's January 29, 2026 Order via Registered Email/Certified Delivery by sending an email to smallishbeanslight@gmail.com

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    02/02/2026

Michael Medina, Paralegal
*Printed name and title*

Samie Law Firm, 2414 South Garfield Avenue, Monterey Park, CA 91754

*Server's address*

Additional information regarding attempted service, etc:

Service email sent from michael.medina@samielawfirm.com to smallishbeanslight@gmail.com via Registered Email | Certified Delivery with 3 attachments: Summons Issued; Complaint filed July 23, 2025; and Order Granting Plaintiff's Motion for Alternative Service entered January 29, 2026

# EXHIBIT-A

Ack: Subject: Service of Process — Timeless Production FZ LLC v. Vitvitskiy, No. 5:25-cv-06186-SVK (N.D. Cal.) — Michael Medina - Outlook

 **Outlook**

## Ack: Subject: Service of Process – Timeless Production FZ LLC v. Vitvitskiy, No. 5:25-cv-06186-SVK (N.D. Cal.)

**From** Acknowledgement <acknowledge@r1.rpost.net>

**Date** Mon 2026-02-02 11:53 AM

**To** Michael Medina <michael.medina@samielawfirm.com>

## RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details |
|---|---|
| **To:** | <smallishbeanslight@gmail.com> |
| **Cc:** | |
| **Subject:** | Subject: Service of Process – Timeless Production FZ LLC v. Vitvitskiy, No. 5:25-cv-06186-SVK (N.D. Cal.) |
| **Received by RMail:** | (UTC) 02/02/2026 07:53:07 PM          (Local) 02/02/2026 11:53:07 AM |
| **Tracking Number:** | 7E893B66F44CF7446F3B76016B70D44A480CF59B |
| **Client Code:** | |
| **Features Used:** | |

**Notes:**
1. *UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.                    An RPost® Technology

RPAUTH: E1A1D7A1E21D3A7B400140F92D9E690CC88E46B1 RPACCOUNT: Samie Law Firm