**Samie Law Firm (CSBN: 344269)**

**2414 S Garfield Avenue, Monterey Park, CA 91754**

**(818)-836-4976**

Attorney for Plaintiff, Timeless Production FZ LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMELESS PRODUCTION FZ LLC., A UNITED ARAB EMIRATES LIMITED LIABILITY COMPANY,**<br><br>　　Plaintiff,<br>　　　　v.<br><br>**Alexandr Vladimirovich Vitvitskiy, an individual residing in Ukraine, and managing the YouTube channel MAD LAB, TRENDING MACHINE, VIDÉOS PÉPITES, EL LOQUERO, 미친놈들 대방출, EMOTIONSFABRIK, ハチャメチャ空間, ZONA INSANA and DOES 1-10, Inclusive**<br>　　　　Defendant. | **Case No.: 5:25-cv-07992-NW**<br><br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

## DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Mohamed Othmane Samie, declare under penalty of perjury:

1

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California. I am counsel of record for Plaintiff Timeless Production FZ LLC ("Plaintiff") in the above-captioned matter.

2. This declaration is made in support of Plaintiff's Request for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3. Plaintiff commenced this action by filing the Complaint on July 23, 2025. The Court issued a summons as to Defendant Alexandr Vladimirovich Vitvitskiy on July 30, 2025.

4. Pursuant to the Court's order authorizing alternative service under Federal Rule of Civil Procedure 4(f)(3), Defendant Alexandr Vladimirovich Vitvitskiy was served on February 02, 2026 via email at smallishbeanslight@gmail.com, as reflected in the Certificate of Service/Proof of Service filed at ECF No. 17 (attached as Exhibit A).

5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to respond was February 23, 2026 (21 days after service).

6. The time for Defendant to plead or otherwise defend has expired, and as of the date of this declaration, Defendant Alexandr Vladimirovich Vitvitskiy has not filed any answer, motion, or other responsive pleading, and has not otherwise appeared in this action.

7. Accordingly, because Defendant has failed to plead or otherwise defend, Plaintiff respectfully requests that the Clerk enter default against Defendant Alexandr Vladimirovich Vitvitskiy pursuant to Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

2

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Executed this 26th day of February, 2026

Respectfully Submitted

By:  /s/ Mohamed Othmane Samie

Mohamed Othmane Samie (CSBN: 344269)
Counsel for Timeless Production FZ LLC

3

DECLARATION OF MOHAMED OTHMANE SAMIE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT