✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | **District of** | CALIFORNIA |
|---|---|---|

TIMELESS PRODUCTION FZ, LLC

                              Plaintiff (s),

V.

VITVISKIY, ET AL.

                              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**    5:25-cv-06186-SVK

Notice is hereby given that, subject to approval by the court,    TIMELESS PRODUCTION FZ, LLC    substitutes
                                                                                    (Party (s) Name)

ANDREW K. JACOBSON                    , State Bar No.    148583            as counsel of record in
                (Name of New Attorney)

place of    MOHAMED OTHMANE SAMIE                                                                                    .
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        BAY OAK LAW FIRM, APLC

Address:        1939 Harrison Street, Suite 929, Oakland, CA  94612

Telephone:    (510) 208-5500            Facsimile

E-Mail (Optional):    andy@bayoaklaw.com

I consent to the above substitution.

Date:        4/29/2026

Timeless Production FZ-LLC

*Younes BEN FREDJ*
                (Signature of Party (s))

I consent to being substituted.

Date:        05/04/2026

M. Othmane Samie - SAMIE LAW FIRM

                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:        May 4, 2026

*Andrew K Jacobson*
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**