✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                   **District of**                   CALIFORNIA

TIMELESS PRODUCTION FZ, LLC

Plaintiff (s),

V.

VITVISKIY, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   5:25-cv-06186-SVK

Notice is hereby given that, subject to approval by the court,   TIMELESS PRODUCTION FZ, LLC   substitutes
(Party (s) Name)

ANDREW K. JACOBSON   , State Bar No.   148583   as counsel of record in
(Name of New Attorney)

place of   MOHAMED OTHMANE SAMIE   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   BAY OAK LAW FIRM, APLC

Address:   1939 Harrison Street, Suite 929, Oakland, CA  94612

Telephone:   (510) 208-5500   Facsimile

E-Mail (Optional):   andy@bayoaklaw.com

I consent to the above substitution.

Date:   4/29/2026

I consent to being substituted.

Date:   05/04/2026

I consent to the above substitution.

Date:   May 4, 2026

Timeless Production FZ-LLC

*Younes BEN FREDJ*
(Signature of Party (s))

M. Othmane Samie - SAMIE LAW FIRM

(Signature of Former Attorney (s))

*Andrew K Jacobson*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 5, 2026

*Susson van Keul*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**